# EXHIBIT A

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
MUSCOGEE COUNTY, GEORGIA

**SU2022CV001403**

**JUN 16, 2022 04:07 PM**

*Danielle F. Forté*
Danielle F. Forté, Clerk
Muscogee County, Georgia

## IN THE SUPERIOR COURT OF MUSCOGEE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| WAYNE JOHNSON FOR CONGRESS, INC. and WAYNE JOHNSON, | |
| Plaintiffs, | |
| v. | Civil Action No. |
| JEREMY C. HUNT, individually and d/b/a Jeremy for Georgia; FOX NEWS NETWORK, LLC; and BRIAN M. KILMEADE, | _____ |
| Defendants. | |

### COMPLAINT FOR DAMAGES

COMES NOW, Plaintiffs Wayne Johnson for Congress, Inc. and Wayne Johnson and file this Complaint for Damages against Defendants Jeremy C. Hunt, individually and d/b/a Jeremy for Georgia (herein, "Defendant Hunt"); FOX News Network, LLC (herein, "Defendant Fox News"); and Brian M. Kilmeade (herein, "Defendant Kilmeade") as follows:

### INTRODUCTION

1.

This action seeks to recover damages from Defendants for racketeering activities engaged in by Defendant Hunt, Defendant Fox News, and Defendant Kilmeade, defrauding the rule of law in Georgia, undermining the integrity of Georgia's elections, acting in clear defiance of Federal election laws and campaign finance laws, and bypassing and "hoodwinking" the voters in the Second Congressional District of Georgia, all to enrich Defendant Hunt.

2.

Throughout the campaign for the Republican nomination to run in the Congressional election for the Second Congressional District of Georgia, Defendant Hunt has had an open line

of communication with Defendant Kilmeade and others employed by Defendant Fox News to suggest ideas for premises to appear on Defendant Fox News' programs.

3.

In each of these appearances, now numbering at least fifteen appearances over five months, Defendant Fox News' on-air personalities have allowed Defendant Hunt to quickly shift the conversation to his campaign and to seek donations from Defendant Fox News' national television and online audiences.

4.

During the discussion of his campaign, Defendant Hunt provides the website address for his campaign in order to raise funds for his campaign.

5.

Following each appearance, Defendant Hunt's campaign account experiences an increase in fundraising and, specifically, an increase in out-of-district donations for Defendant Hunt's campaign.

6.

Defendant Fox News also posts most of these appearances that really amount to informercials by Defendant Hunt online so they can be redistributed and viewed *ad nauseum*.

7.

In each media appearance that he makes, Defendant Hunt is described as having graduated from West Point and having served as an Army Captain; that seemingly is the extent of his military credentials, despite being called upon to discuss national security measures with regularity on Defendant Fox News segments.

8.

Similarly, Defendant Hunt is frequently described as a "Columbus Army Veteran," even by his own campaign, implying that he is from Columbus, Georgia, and Georgia's Second Congressional District.  However, Defendant Hunt has only lived in Columbus for a matter of months.  These and other misrepresentations, omissions, and deceptions form the basis of mail fraud and wire fraud under the law.

9.

By allowing Defendant Hunt to appear on Fox News programs under false pretenses in order to pitch his campaign and to raise funds, Defendants are violating Federal Campaign Finance laws and the Equal Time Act, and these actions combined with Defendant Hunt's misrepresentations about himself which are republished and repeated by Defendant Fox News an Defendant Kilmeade ultimately amount to Mail and Wire Fraud since the underlying purposes of the misrepresentations are campaign fundraising and to garner votes.

## JURISDICTION AND VENUE

10.

Plaintiff Wayne Johnson for Congress, Inc. (hereinafter, "WJFC") is a Georgia corporation whose principal place of business is located in Macon-Bibb County, Georgia.  18 U.S.C. § 1964(c) creates a private right of action for any "person" who has suffered a compensable injury. The term "person" has been interpreted liberally to include natural persons, partnerships, joint ventures, corporations, and governmental entity suing for their own injuries.

11.

Plaintiff Wayne Johnson was a Republican candidate in the 2nd Congressional District of Georgia primary election held on May 24, 2022.  Plaintiff Johnson is a resident of Macon-Bibb

County, Georgia.

12.

Defendant Hunt, individually and d/b/a Jeremy for Georgia is a resident of Muscogee County, Georgia, and is subject to the jurisdiction of this Court.

13.

Venue is proper in this Court. Defendant Hunt may be served by delivering a copy of the Summons and Verified Complaint to him at 8344 Frank Houser Avenue, Unit 1613, Columbus, Muscogee County, Georgia, 31909.

14.

Defendant Fox News is a New York limited liability company whose principal place of business is located at 28 Liberty Street, New York, New York 10005.

15.

Defendant Fox News is subject to the jurisdiction of this Court, and venue is proper in this Court.

16.

Defendant Fox News may be served by delivering a copy of the Summons and Verified Complaint to its registered agent C T Corporation System, 28 Liberty St., New York, New York 10005.

17.

Defendant Kilmeade is a host and on-air personality on FOX & Friends, a morning news program that airs on Defendant Fox News.

18.

Defendant Kilmeade is subject to the jurisdiction of this Court, and venue is proper in this

Court.

19.

Defendant Kilmeade may be served by delivering a copy of the Summons and Verified Complaint to him at 176 Cedar Shore Drive, Massapequa, New York 11758-8138.

20.

Jurisdiction and Venue are proper in this Court pursuant to 18 U.S.C. § 1964, Ga. Const. art. VI, § 4, ¶ I, and Ga. Const. art. VI, § 2, ¶ IV.

## FACTS COMMON TO ALL COUNTS

21.

As discussed in a June 28, 2021, article by Max Greenwood in The Hill,[1] United States Senator Tom Cotton unveiled his "Veterans to Victory" program to elect Republican military veterans to Congress in the Summer of 2021.

22.

Veterans to Victory is not a Political Action Committee (herein, "PAC").

23.

Via the Veterans to Victory website, Senator Cotton raises funds that are then split with the candidates he has selected to participate in Veterans to Victory.

24.

Candidates participating in Veterans to Victory are selected by Senator Cotton and then run as candidates in House of Representatives and Senate races throughout the country. Defendant Hunt was selected by Senator Cotton to be advanced under the Veterans to Victory scheme.

---

[1] Greenwood, Max. "Cotton heads to Iowa to launch 'Veterans to Victory' program." The Hill. February 10, 2022. https://thehill.com/homenews/campaign/560543-cotton-heads-to-iowa-to-launch-veterans-to-victory-program.

25.

In many instances, these candidates are not from and do not previously reside in the congressional district in which they are running. (Exhibit 1).

26.

For instance, Defendant Hunt signed a lease on an apartment in Columbus, Georgia, shortly after declaring himself a candidate for Georgia's Second Congressional District for the United States House of Representatives.

27.

Interestingly, at the time that Defendant Hunt signed that lease, he was enrolled as a full time second year student at Yale Law School in New Haven, Connecticut; he is now a rising third year law student, which he has attempted throughout the campaign to remain hidden. He also maintains a residence at 38 Crown Street, Apartment 108, New Haven, Connecticut 06510-3352.

28.

Prior to February 2022, Defendant Hunt had never previously resided in Columbus, Georgia, or Georgia's Second Congressional District.

29.

Senator Cotton, as part of his scheme partners with other third parties who work with his chosen candidates to offer guidance on running a campaign, walk the candidate through the halls of Congress and Capitol Hill to meet influential Republican congressman and Republican influencers to aid in securing endorsements, and prepare campaign materials such as videos for the candidates. OnMessage, a Washington, D.C. political media and advisory firm, is one of the principal third parties that is engaged to support the chosen candidates.

30.

Additionally, these third parties help to connect Senator Cotton's chosen few with Defendant Fox News for media appearances.

31.

Defendant Fox News, in turn, places the candidates on their FOX & Friends' morning broadcast, as well as other Fox News segments throughout the day.

32.

Each of these appearances on Defendant Fox News occurs under the auspices of the candidate discussing some newsworthy subject, but, at least in the case of Defendant Hunt, each segment quickly transitions into unpaid campaign advertisements.

33.

Defendant Fox News stubbornly has not and is not providing equal airtime to the opponents of Defendant Hunt or any other of Senator Cotton's other chosen veteran candidates, despite the quite enforceable requirements of the Equal Time Rule.[2]

34.

The Communications Act of 1934 ("the Act") authorized the creation of the Federal Communications Commission ("FCC") and charged it with the enforcement and interpretation of the Act.[3]

35.

Section (a) of the Act contains the "Equal Time Rule" requiring that broadcasters permitting candidates to appear on their airwaves must allow opposing candidates the same

---

[2] "If any licensee shall permit any person who is a legally qualified candidate for any public office to use a broadcasting station, he shall afford equal opportunities to all other such candidates for that office in the use of such broadcasting station (. . .)." 47 U.S.C. § 315(a).
[3] 47 U.S.C. § 315 (2000).

privilege.[4]

36.

In 1959, Congress created four exceptions to the Equal Time Rule after the FCC ruled that candidate appearances on news programs would trigger the equal time requirements of the Act.[5]

37.

Those exceptions include: (1) bona fide newscasts, (2) bona fide news interviews, (3) bona fide news documentaries when the appearance of a candidate is incidental to the presentation of the subject(s) being covered by the news documentary, and (4) on-the-spot coverage of bona fide news events including but not limited to political conventions and activities incidental thereto.[6]

38.

None of the four exceptions to the Equal Time Rule are applicable with regards to Defendant Hunt's repeated appearances on Defendant Fox News, especially during his campaign announcement which was an event of Senator Cotton's, Defendant Hunt's, and Defendant Fox News' orchestration when Defendant Hunt was allowed to announce his candidacy live on-air with prearranged video which was prepared by a third party media consultant and production company, believed to be OnMessage.

39.

In fact, it is a well-known risk within the broadcast industries that a network may run afoul

---

[4] "If any licensee shall permit any person who is a legally qualified candidate for any public office to use a broadcasting station, he shall afford equal opportunities to all other such candidates for that office in the use of such broadcasting station (. . .)." 47 U.S.C. § 315(a).
[5] *In re Telegram to CBS, Inc.*, 18 Rad. Reg. 238, recon. Denied, 26 F.C.C. 715, 742-43 (1959).
[6] 47 U.S.C. § 315(a)(1)-(4).

of the Equal Time Rule even if it features a performer who happens to be running for public office in a non-political context.

40.

After all, the Equal Time Rule is so broad that it applies not just to political commercials but also to any recognizable media appearance by a candidate in any type of program or context.

41.

That is why Gerald Ford's appearance in a United Way Campaign commercial was of concern when he was a candidate for President, and it is why networks were concerned about even airing Ronald Reagan's movies during the time when he ran for President.

42.

There are no campaign expenditures to or in-kind donations by Defendant Hunt to Defendant Fox News or Defendant Kilmeade disclosed to the Federal Election Commission. Likewise, there are no donations of cash or in-kind donations from Defendant Fox News or Defendant Kilmeade to Defendant Hunt's campaign disclosed to the Federal Election Commission.

43.

Even if there were appropriate disclosures of in-kind donations, they would be considered to be unlawful as Fox News is not registered as a PAC (and if it were, it could not coordinate with Defendant Hunt as a candidate) and, as a corporation, has exceeded the lawful campaign contribution levels to a single candidate given the value of the airtime donated to Defendant Hunt.

44.

In the case of Defendant Hunt, he was substantially involved in preparations to run for

office at least in the final quarter of 2021, including the filming of videos by OnMessage and frequent and extensive visits to influential people on Capitol Hill, arranged by third parties. The services provided to Defendant Hunt by the third parties enlisted by Senator Cotton to assist Defendant Hunt in preparing to run for office are clearly valued at more than $5000, and were provided well before Defendant Hunt registered as a candidate for Congress on January 12, 2022.

45.

A person must register as a candidate within fifteen (15) days of commencing campaign activities or deciding to become a candidate, at which point the testing the waters period ends, and any funds expended, or in-kind contributions received, while testing the waters applies to the $5,000 threshold. 11 CFR § 100.72(a) and 100.131.

46.

An individual must register with the Federal Election Commission as a candidate, designate and register a principal campaign committee, and begin to file reports after exceeding the threshold while testing the waters. Defendant Hunt clearly decided to ignore this aspect of law, very likely upon advice of third parties who wanted him to not report with the Federal Election Commission in the Fourth Quarter of 2021.

47.

The filing must include all activities that occurred during the prior testing the waters period. 11 CFR § 100.72(a) and 100.131(a).

48.

Indeed, certain activities have been deemed to constitute campaigning, not just testing the waters, including:

- Making or authorizing statements that refer to themselves as candidates;

- Using general public political advertising to publicize their intention to campaign;

- Informing the media (directly or indirectly through an advisor) that they will announce their candidacy on a certain date;

- Raising more money than what is reasonably needed to test the waters or amass funds (seed money) to be used after candidacy is established;

- Conducting activities over a protracted period of time or shortly before the election; and,

- Taking action to qualify for the election.

11 CFR § 100.72(b) and 100.131(b); see AO 2015-09 (Senate Majority PAC and House Majority PAC).

49.

Defendant Hunt did not register with the Federal Election Commission in a timely fashion, thereby hiding the origins of his determination to run for Federal office and his hiding initial campaign expenditures.  Given the scope of activities during the fourth quarter of 2021, Defendant Hunt should have registered with the Federal Election Commission as a candidate prior to December 31, 2021, thus requiring a Federal Election Commission filing.  Defendant Hunt failed to make any filings due on the period ending December 31, 2021.

50.

Jeremy for Georgia registered with the Federal Election Commission on January 12, 2022.

51.

Defendant Hunt announced his candidacy for the Second Congressional District seat live on FOX & Friends on January 13, 2022, with significant fanfare during an interview with Defendant Kilmeade.

52.

During appearances on Fox, Defendant Hunt's campaign video produced by the third parties was played on-air as part of his announcement appearance.

53.

The very fact that Defendant Fox News could key that video to play at the appropriate time during Defendant Hunt's initial appearance reveals that Defendant Hunt and Defendant Fox News conspired to allow Defendant Hunt's announcement of his candidacy to a national audience.

54.

Such a coordinated scheme allowed Defendant Hunt a ready source of financial contributors to his candidacy from all across the nation. In fact, Defendant Hunt has acknowledged in tweets on Twitter this success of his fundraising through such actions to the tune of several hundred thousand dollars after his initial appearances on segments of Defendant Fox News.

55.

Defendant Fox News even allowed Defendant Hunt to ask viewers to go to his website with this statement "I can't do this alone, I need your support. If you would just logon to JeremyforGeorgia.com and chip in a few bucks, it would mean the world to us."

56.

At Defendant Hunt's website, viewers were presented with a direct appeal to donate to his campaign.

57.

It is clear that Defendant Hunt exceeded the $5,000 limit during the testing waters period based on Jeremy for Georgia's and Defendant Hunt's level of expenditures in advance of the registration of his campaign, even accounting for the fifteen-day window.  And it is a fact that

Defendant Hunt did not file on Federal Election Commission campaign report for the period ending December 31, 2021.

58.

That is, the level of Jeremy for Georgia's expenditures and in-kind receipts on and before December 28, 2021, exceeded $5,000 in value.  (The fifteen day period prior to Defendant Hunt registering with the Federal Election Commission on January 12, 2022.)

59.

As part of these coordinated efforts to support and promote Senator Cotton's chosen candidates, Defendant Hunt, who is indeed one of Senator Cotton's chosen candidates,[7] appeared on Defendant Fox News programming no less than twelve times during the primary election of the Republican candidate for Georgia's Second Congressional District.

60.

Subsequent to Defendant Hunt announcing his candidacy on Fox News on January 13, 2022, Defendant Hunt on January 24, 2022, during FOX & Friends, was on for more than four minutes ostensibly for a discussion of events in Ukraine. (Exhibits 2 and 3).[89]

61.

At one point during this episode, the screen displayed, "Jeremy Hunt (R-GA) U.S. Congressional Candidate," and Defendant Hunt also presented himself as such, along with endorsement of his congressional candidacy by the hosting talent.

---

[7] https://cottonforvets.com.
[8] The appearances of Defendant Hunt on the various programs on Defendant Fox News discussed in this Complaint for Damages have been assembled into a playlist on YouTube that can be viewed at: https://www.youtube.com/playlist?list=PL4Z8vj_Hw3ZR_5nEofYH-OafmWE2gIE5g.  This YouTube link is being provided as Exhibit 2.
[9] Transcripts of all of these appearances are attached hereto as composite Exhibit 3.

62.

Additionally, on January 24, 2022, Defendant Fox News ran a story on United States Senator Josh Hawley's endorsement of Defendant Hunt.[10]

63.

Defendant Fox News reported that they were the first to report Senator Hawley's endorsement.

64.

Defendant Fox News' story about Senator Hawley's endorsement even took the opportunity to trumpet Senator Cotton's earlier endorsement of Defendant Hunt, which coincided with Defendant Hunt's January 13, 2022, announcement of his candidacy on Fox.

65.

On January 25, 2022, Defendant Hunt appeared on another Defendant Fox News program, The Ingraham Angle, to supposedly discuss the potential invasion of Ukraine by Russia.

66.

While the host mistakenly introduced him as "Jeremy Hunter," she promptly identified him as a Congressional candidate in Georgia.

67.

As with other appearances on Defendant Fox News, Defendant Hunt was able to segue into a discussion of his constituents and his campaign.

68.

One January 27, 2022, Defendant Hunt again appeared on Defendant Fox News' FOX &

---

[10] https://www.FOXnews.com/politics/josh-hawley-endorses-jeremy-hunt-unseat-moderate-democrat-georgia.

Friends program.

69.

The auspices of this appearance were to discuss President Biden's foreign policy struggles.

70.

As with other appearances, Defendant Hunt was initially identified as a Congressional candidate from Georgia, an U.S. Army Captain, and a West Point Graduate.

71.

Defendant Hunt quickly turned the discussion to his priorities as a candidate, what he hopes a Republican-led House of Representatives may do, and why people should vote for him.

72.

As with many other interviews on Defendant Fox News, Defendant Hunt is able to provide his campaign website to continue to raise funds from a national office and invite the national audience to join him to help turn the country around.

73.

On February 7, 2022, during FOX & Friends, Defendant Hunt was on for more than three minutes to discuss Stacy Abrams not wearing a mask at a school event and the status of the U.S. Military.

74.

Once again, the screen displayed "Jeremy Hunt (R-GA) U.S. Congressional Candidate." During this segment, Defendant Hunt discussed his candidacy and made a direct appeal to viewers to go to his website, "If you want to join me, you can go to HuntforGeorgia.com, join us and let's make a difference."

75.

On February 9, 2022, during the Fox Business News show Kudlow, Defendant Hunt was on for more than five minutes with Larry Kudlow on a segment, ostensibly for Black History Month.

76.

The segment opened with the screen displaying, "Georgia Congressional Candidate Jeremy Hunt Vows to Preserve the American Dream, Put America First."

77.

Mr. Kudlow introduced Defendant Hunt with, "Joining me now is Jeremy Hunt, a candidate for Georgia's second congressional district." Defendant Hunt talked about his congressional race and why he was running.

78.

The screen later displayed, "Jeremy Hunt Georgia Congressional Candidate (R) Going Back to an 'America First' Approach."

79.

Mr. Kudlow remarked, "It's a terrific message, Jeremy. I hope you do fabulously well in your race." Defendant Hunt made another direct appeal, "I would love for you to join us, if you would go to HuntforGeorgia.com, H-U-N-T for Georgia.com and join us. We're going to fight back and we're going to save our country."

80.

It should also be noted that Defendant Hunt sent out a tweet the day before this segment with Larry Kudlow on Fox Business announcing that they (i.e., he and Kudlow) would be "chatting about our campaign here in Southwest Georgia," clearly the real reason for the airtime on Kudlow,

not a Black History conversation as purported.

81.

On February 12, 2022, during FOX & Friends Weekend, Defendant Hunt was on air for more than five minutes and was introduced as, "Jeremy Hunt U.S. Congressional candidate, West Point graduate."

82.

Once again, the screen rotated through titles to: "Jeremy Hunt (R-GA) U.S. Congressional Candidate."

83.

Defendant Hunt again discussed his candidacy, with encouragement by the Fox hosting talent, and made a direct appeal to viewers with the statement, "One of the reasons I am running for Congress is to turn the tide and ask the tough questions and have some hearings in Congress to see what's going on. Please feel free to join us by going to HuntforGeorgia.com because we are going to get some answers for this."

84.

As Defendant Hunt was making his appeal, the screen rotated to the title, "Jeremy Hunt (R-GA) US Congressional Candidate."

85.

On February 16, 2022, during FOX & Friends, Defendant Hunt was on for more than four minutes; he was again introduced as congressional candidate, Jeremy Hunt.

86.

The screen rotated through titles to "Jeremy Hunt (R-GA) U.S. Congressional Candidate."

87.

The headline on the Fox News web site reads, "Congressional candidate Jeremy Hunt says Biden has 'weakened our military' amid Russia-Ukraine conflict."

88.

Defendant Hunt again made a direct appeal, "I'd love for you to join us at HuntforGeorgia.com," and after his appeal, the host referred to him as, "Congressman Hunt."

89.

On February 22, 2022, Defendant Hunt appeared on FOX & Friends under the pretense of discussing sanctions on Ukraine.

90.

During this February 22, 2022, segment, Defendant Hunt was quickly introduced as "U.S. Congressional Candidate and Army Veteran Who Trained Ukrainian Forces."  This statement would certainly be considered an exaggeration to anyone familiar with U.S. Army protocol, given that Defendant Hunt was a Second Lieutenant stationed in Ukraine on temporary duty for less than six months in 2016.

91.

Again, during various portions of his appearance, Defendant Hunt was listed on the screen as "Jeremy Hunt (R-GA) U.S. Congressional Candidate."

92.

As in other appearances on FOX & Friends, Defendant Hunt quickly pivoted from the purported reason for his appearance to discussing the reason he was running for Congress and his campaign.

93.

As with other appearances, Defendant Hunt referred people to his campaign website where visitors could contribute financially to his campaign.

94.

Defendant Hunt again appeared on FOX & Friends on February 27, 2022, to again discuss the war in Ukraine and to criticize the Biden Administration.

95.

While the focus of this interview was more focused than many with Defendant Hunt on Defendant Fox News, Defendant Hunt still set forth his campaign for Congress in Southwest Georgia and delivered some of his campaign talking points about his candidacy for Congress.

96.

Defendant Hunt appeared on Jesse Watters' program on Defendant Fox News on May 7, 2022, to discuss the notion that the Democratic Party believes that "Black and Latino Americans owe them [their] vote."

97.

During this appearance, Defendant Hunt was alternately labeled on screen as "Jeremy Hunt (R) West Point Graduate" and "Jeremy Hunt (R) Georgia Congressional Candidate."

98.

As with other appearances, Defendant Hunt was able to spend a significant amount of time during this appearance discussing his campaign and refer viewers to his website to learn more about him.

99.

Of course, the purpose of HuntforGeorgia.com is to educate visitors about Defendant

Hunt's campaign and to solicit campaign contributions.

100.

An almost unbelievable display of collusion between Defendant Hunt, Defendant Fox News, and Defendant Kilmeade occurred when Defendant Hunt appeared on Defendant Fox News' morning program, FOX & Friends, for an interview with Defendant Kilmeade on Georgia's primary election day, May 24, 2022.

101.

The content of that appearance on the morning of election day was clearly a get out the vote drive for Defendant Hunt, and Defendant Hunt asked voters to please get out to vote.

102.

Moreover, Defendant Kilmeade wished Defendant Hunt good luck in the primary that was being voted on that very day and good luck in capturing the seat, and he closed his interview with, "Go get them Jeremy Hunt", which is nothing less than an endorsement by Defendant Kilmeade, who is an on-air personality employed by Defendant Fox News. Again, this took place on the primary election day in Georgia with no chance of equal airtime for any of the other five Republican candidates in the primary election that day, even if Defendant Fox News would have been willing to provide, which was highly unlikely based upon a pattern that Defendant Fox News had not provided such airtime to other candidates in the 2nd Congressional District of Georgia.

103.

Defendant Hunt appeared as recently as Monday, June 13, 2022, on Defendant Fox News to discuss the comments of a Democratic lawmaker who suggested over the weekend on another major news network that a civil war may ensue if Republicans retake the House of Representatives.

104.

During that appearance, Defendant Hunt actually discussed the details of his runoff with candidate Chris West in the Second Congressional District. The Fox hosting talent Todd Piro causes the vote percentage split between Defendant Hunt and candidate Chris West to be prominently displayed on the screen and calls specific attention to Defendant Hunt's lead in the May 24, 2022, primary election. Then specifically offered Defendant Hunt the opportunity to "gloat" that he will win the runoff on June 21, 2022.

105.

Moreover, Defendant Hunt brags that he is the only candidate to have visited all thirty of the counties in the district, as well as the endorsements he had collected over candidate Chris West and Representative Sanford Bishop, which are not true statements.

106.

This appearance on Defendant Fox News, objectively, is nothing short of both infomercials and telethons about Defendant Hunt's campaign as well as continuous pleas for Defendant Fox News' national audience to go to HuntforGeorgia.com and other Defendant Hunt websites to contribute to Defendant Hunt's campaign. (Exhibit 2 is a YouTube Channel link to all fifteen of Defendant Fox News' video segments which featured Defendant Hunt.) (Exhibit 3 is a composite exhibit of the transcripts of each of the fifteen Defendant Fox News' segments that feature Defendant Hunt.)

107.

Following each of these appearances on Defendant Fox News, Defendant Hunt raised substantial sums of money from a broad-based national audience, as evidenced by Defendant Hunt making remarks on Twitter, and as will also be reflected upon an examination of campaign receipt

records during discovery.

108.

Despite violating the Equal Time Rule, Defendant Hunt has reported none of those appearances on Fox News and Fox Business as an in-kind contribution to the Federal Election Commission.

109.

Again, even if reported by Defendant Hunt, the in-kind benefit from these appearances would be unlawful.

110.

Additionally, since these in-kind contributions are unlawful, all fruits from the activity should be considered unlawful funds received due to wire fraud.

111.

Moreover, the program hosts and newscasters on Defendant Fox News routinely wished Defendant Hunt the best of luck in the campaign, openly stating that they were pulling for him and hoped that he prevailed.  Defendant Kilmeade, the primary orchestrator of engagements by Defendant Fox News with Defendant Hunt, was one of the most enthusiastic host talent endorsers of Defendant Hunt.  Joining Defendant Kilmeade in "over the top" endorsements of Defendant Hunt, as can be seen in the video segments, were Fox hosting talent Jesse Watters, Larry Kudlow, Pete Hegseth, and Todd Piro.

112.

Defendant Fox News' on-air talent, including Defendant Kilmeade, Jesse Watters, Pete Hegseth, and Todd Piro, also allowed and encouraged Defendant Hunt to provide viewers with his campaign website, calling viewers to donate to his campaign.

113.

Indeed, interestingly, Defendant Hunt has appeared with Defendant Kilmeade several times, most importantly including Defendant Hunt's highly orchestrated campaign announcement on January 13, 2022, and on the critically important primary election day May 24, 2022, get out to vote campaign appearance.

114.

It is clear that Defendant Hunt and Defendant Kilmeade are primary conspiring actors in this unlawful enterprise.

115.

Critical to understanding the scheme of the Defendants is that Defendant Hunt develops his ideas for reasons to appear on Defendant Fox News' programming, shares those ideas with Defendant Kilmeade and others employed by Defendant Fox News, and is then allowed to appear under such false pretenses of a discussion about a news event, only to quickly and easily navigate, with complicity of the hosting talent, conversations to a discussion of Defendant Hunt's Congressional campaign, directing viewers from all across America to his website where they can contribute to his campaign.

116.

Plaintiffs wrote to Defendant Fox News twice before the primary election complaining of the network's violation of the Equal Time Act and belief that the network was making unlawful contributions in-kind.  (Exhibits 4 and 5).

117.

 Moreover, Chris West, another candidate running for the same Federal office as Defendant Hunt, also made objections to Defendant Fox News and a request for Equal Airtime.  The request

of Mr. West was ultimately rejected by Defendant Fox News, despite multiple attempts by the West Campaign to get on-air time with Defendant Fox News. (Exhibit 6). Additionally, another of the Congressional candidates running for the same Federal office, Rich Robertson, has stated that he made a formal request to Defendant Fox News for an interview in early March 2022, and Defendant Fox News never responded back.

118.

In response to the first of these letters from Plaintiffs dated February 17, 2022, Defendant Fox News offered Wayne Johnson, a Congressional candidate opposing Defendant Hunt, one appearance to discuss overall inflation and the student loan crisis.

119.

The appearances by Defendant Hunt on Defendant Fox News abated for a few weeks in the wake of the first letter from Plaintiffs dated February 17, 2022. However, those appearances by Defendant Hunt resumed leading up to the primary election, including on May 7, May 12, and May 24 (Primary Election Day) and are now becoming more frequent in recent days leading up to the runoff election on June 21, 2022.

120.

At no time during the one appearance on FOX & Friends by Plaintiff Wayne Johnson did Plaintiff Wayne Johnson or the on-air personality employed by Defendant Fox News ask people to donate to his campaign.

121.

The national airtime during Defendant Hunt's fifteen-to-date appearances on Defendant Fox News would cost more than $2,800,000 (Two Million Eight Hundred Thousand Dollars) to purchase at a Fox National Prime Time advertising rate of $50,000 per minute. Defendant Fox

News has provided more than fifty-six (56) minutes of airtime dedicated to segments which primarily focus on Defendant Hunt and which to a significant extent gives Defendant Hunt a "run-of-the-show."

122.

Moreover, the value of an on-air endorsement by Fox hosting talent is "priceless," as are the endorsements of Defendant Hunt orchestrated by Senator Cotton which according to Defendant Hunt's website include Tom Cotton, Josh Hawley, Karl Rove, Mike Pompeo, Nikki Haley, Newt Gingrich, and other Washington, D.C. political celebrities and Washington D.C. based American Patriots PAC. The extensive access to Defendant Fox News' program segments by Defendant Hunt has been symbiotically enabled and benefited by these political celebrities.

123.

Of note and import is that Defendant Hunt is routinely promoted by Senator Cotton, Defendant Fox News, and by himself and his campaign as being a native of Columbus, Georgia and thereby Georgia's Second Congressional District.

124.

That statement is entirely untrue.

125.

Defendant Hunt grew up in the metro-Atlanta, Georgia region.

126.

Prior to moving to Columbus, Georgia to run for Congress, Defendant Hunt never resided in Columbus, Georgia.

127.

Defendant Hunt was on a temporary duty assignment to Fort Benning for Airborne Jump

School for a three-week period early in his career with the U.S. Army.

128.

In fact, Defendant Hunt's own announcement of his own candidacy was entitled "Columbus Army Veteran to Run for Congress."

129.

Defendant Hunt now maintains an apartment in Columbus, Georgia, while he is a full-time law student at Yale Law School. Defendant Hunt also has an apartment registered in his name in New Haven, Connecticut.

130.

The significant national exposure being provided to Defendant Hunt and other Veterans to Victory candidates selected by Senator Cotton by Defendant Fox News is provided free of charge to these Senator Cotton-selected-candidates. This is being provided without affording any equal airtime to opponents of these Senator Cotton-selected-candidates. Thus, creating significant unlawful contributions in-kind.

131.

Critically, Defendant Hunt has not properly disclosed, declared, or reported the appearances to the Federal Election Commission as in-kind donation by Defendant Fox News.

132.

Veterans to Victory is acting as a PAC but is not registered as a PAC.

133.

Through its significant in-kind donations of national airtime to Defendant Hunt, Defendant Fox News is effectively acting as an PAC. Yet, it is acting as a PAC in direct coordination with

candidate Defendant Hunt.

134.

Defendant Fox News is not registered to operate as a PAC and should not lawfully operate as a PAC as a result. Defendant Fox News is considered to be a cable/broadcast news organization.

135.

Defendant Kilmeade, who is employed or contracted by Defendant Fox News, colludes with Defendant Hunt in coordinating Defendant Hunt's appearances on the Fox News network. These appearances by Defendant almost always turn into telethons and infomercials for Defendant Hunt's campaign.

136.

On May 24, 2022, Defendant Hunt was one of the top two vote-getting Republican candidates in the Georgia primary election for the Republican candidacy for the Second Congressional District of Georgia. It is believed that the extraordinary amount of unlawful free airtime received by Defendant Hunt contributed greatly to Defendant Hunt's success in the Republican primary.

137.

Measured in terms of winning an election, the collusive and conspiring activities and actions by Defendant Hunt, Defendant Fox News, Defendant Kilmeade, and Senator Tom Cotton seem to have been successful in bolstering Defendant Hunt to a position of becoming a run-off candidate for the U.S. Congressional Republican nomination.

138.

This common scheme designed and set in motion by Senator Cotton with the full complicity of Defendant Hunt, Defendant Fox News, and Defendant Kilmeade has deprived

Georgia's voters of meaningful participation in their recent Congressional Republican election given the DC tricks employed to mask the involvement of the DC establishment in Defendant Hunt's candidacy.

139.

Moreover, this common scheme and the efforts to get Defendant Hunt elected pose a grave threat to election integrity in Georgia. A fundamental element of election integrity relates to candidate integrity, candidate selection transparency, non-fraudulent communications by candidates in their campaigns, along with complying with State and Federal election and campaign laws.

**COUNT I:**
**RICO**
**(18 U.S.C. § 1962(C))**

140.

Plaintiffs incorporate each and every allegation contained in Paragraphs 1 through 139 of this Verified Complaint, by reference in its entirety as if fully restated herein.

141.

This Count is against all of the Defendants.

142.

Defendants Hunt, Fox News, and Kilmeade are engaged in an unlawful enterprise whose activities affect interstate commerce.

143.

Based on the nature of the activities and engagement by the Defendants, the Defendants are employed by or associated with a multifaceted unlawful enterprise.

144.

The Defendants agreed to, conducted, and participated in the conduct of the enterprise's affairs through a pattern of racketeering activity and for the unlawful purpose of intentionally defrauding Plaintiffs and the voters of the 2nd Congressional District of Georgia. Specifically:

(a) Defendant Fox News continues to act in violation of the Equal Time Act;

(b) Defendant Hunt continues to violate the Federal Election Commission regulations and Federal law by failing to properly report the in-kind contributions of Defendant Fox News, which are spearheaded and arranged by Defendant Kilmeade;

(c) Defendant Fox News continues to violate Federal law by making such significant in-kind contributions without registering as a Political Action Committee;

(d) Alternatively, if Defendant Fox News wishes not to register as a Political Action Committee, Defendant Fox News' in-kind contributions exceed those permitted under Federal law;

(e) Defendant Hunt utilizes such significant and valuable national airtime to raise significant funds for his campaign for Congress;

(f) These actions in perpetration of this common scheme to raise funds for Defendant Hunt's campaign violate Federal Campaign Finance laws and constitute criminal acts as a result;

(g) Defendants use their national airwaves and national cable as well as republishing the interviews and appearances of Defendant Hunt online to broadcast this content;

(h) Defendants' actions constitute Mail Fraud under Federal law; and,

(i) Defendants' actions constitute Wire Fraud under Federal law.

145.

Pursuant to and in furtherance of their fraudulent scheme, Defendants committed multiple related acts of Mail and Wire Fraud.

146.

The acts set forth above constitute a pattern of racketeering activity pursuant to 18 U.S.C. § 1961(5).

147.

The Defendants have directly and indirectly conducted and participated in the conduct of the enterprise's affairs through the pattern of racketeering and activity described above, in violation of 18 U.S.C. § 1962(c).

148.

As a direct and proximate result of the Defendants' racketeering activities and violations of 18 U.S.C. § 1962(c), Plaintiffs have been injured in their business and property in that: Georgia's voters have been defrauded and deprived of their ability to knowledgeably cast their votes; the knowledge of how the candidates were selected and the moneys contributed to Senator Cotton as part of the scheme; and Plaintiffs specifically were harmed by the deprivation of equal access to Defendant Fox News after Defendant Hunt secured the necessary appearances for Defendant Hunt with Defendant Kilmeade and other Fox program segments at the expense of all other candidates in Georgia's Second Congressional District.

149.

Plaintiffs request that this Court enter judgment against the Defendants as to Count I as follows: (1) an award equaling the fair market value of the air time provided to Defendant Hunt; (2) an award equaling the contributions made to Defendant Hunt that can be directly tied to

donations made as a result of this nefarious scheme; (3) treble damages; and (4) and award of attorney's fees and costs of litigation.

## COUNT II:
## GEORGIA RICO
## (O.C.G.A. § 16-14-6, *et al.*)

150.

Plaintiffs incorporate each and every allegation contained in Paragraphs 1 through 139 of this Verified Complaint, by reference in its entirety as if fully restated herein.

151.

O.C.G.A. § 16-14-4 provides that it is unlawful for any person, through a pattern of racketeering activity or proceeds therefrom, to acquire or maintain, directly or indirectly, any interest in or control of any enterprise, real property, or personal property of any nature, including money.

152.

Under the laws of the State of Georgia, Defendants have engaged in an artifice, scheme and/or pattern of racketeering activity in which they have acquired personal property, i.e., money and personal property interests of Plaintiffs.

153.

The Defendants have engaged in a "pattern of racketeering activity" by engaging in at least two predicate acts as defined in O.C.G.A. § 16-14-3 (8)(A).

154.

Specifically, as described above, Defendants have committed at least two of the following acts as defined by O.C.G.A. § 16-14-3(9)(A) and set forth by O.C.G.A. § 16-14-3 (9)(xxix):

(1) Mail Fraud - 18 USC § 1341;

    (2)  Wire Fraud - 18 USC § 1343; and,

    (3)  Racketeering Activity - 18 USC § 1952.

155.

In accordance with O.C.G.A. § 16-14-6(c), Plaintiffs are entitled to three times the actual damages Defendants have caused by reason of their unlawful activity.  Additionally, Plaintiffs are entitled to receive their reasonable attorneys' fees and costs for bringing this civil RICO count.

156.

WHEREFORE, Plaintiffs Wayne Johnson for Congress, Inc. and Wayne Johnson pray for the following relief:

1)    That summons and process be issued and Defendants be served as provided by law;

2)    That all costs be cast upon Defendants and reasonable attorney's fees be awarded in favor of Plaintiffs and cast against Defendants;

3)    That judgment be entered in favor of Plaintiffs and against Defendants on Count I in an amount to be determined at trial including actual damages, treble damages, and attorney's fees;

4)    That judgment be entered in favor of Plaintiffs and against Defendants on Count II in an amount to be determined at trial including actual damages, treble damages, and attorney's fees;

5)    For such other and further relief as the Court shall deem just and proper.

**[Signatures follow on next page.]**

Respectfully submitted, this 16th day of June, 2022.

M. DEVLIN COOPER
Georgia Bar No. 142447
KENNETH E. BARTON III
Georgia Bar No. 301171
*Attorneys for Plaintiffs*
*Wayne Johnson for Congress, Inc. and*
*Wayne Johnson*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
(478) 841-9007 telephone
(478) 841-9002 facsimile

# EXHIBIT 1

6/16/22, 3:11 PM                    Press Release: Jeremy Hunt 'Carpetbagging' Georgia's Second Congressional District - Wayne Johnson for Congress

Case 4:22-cv-00118-CDL    Document 1-1    Filed 07/28/22    Page 36 of 149

HOME  >  LATEST NEWS  >  PRESS RELEASE: JEREMY HUNT 'CARPETBAGGING' GEORGIA'S SECOND CONGRESSIONAL DISTRICT

**11 May 2022**

# Press Release: Jeremy Hunt 'Carpetbagging' Georgia's Second Congressional District - Wayne Johnson for Congress

**FOR IMMEDIATE RELEASE**
May 11, 2022
CONTACT: Dan McLagan
media@johnsoncongress.com

**MACON, GA. –** Former senior Trump Administration official and 2nd District congressional candidate Wayne Johnson today called out Jeremy Hunt and a splinter group of Washington Political Power Brokers saying, 'they do not give a damn about hardworking citizens in Georgia's 2nd District.

Johnson said members of the group, led by Sen. Tom Cotton of Arkansas, Sen. Josh Hawley of Missouri, former Secretary of State Mike Pompeo and perpetual power consultant Karl Rove, are attempting to hijack this congressional seat for their own political purposes, and these power elites are insulting Georgia citizens and subverting the political process by hand-picking Jeremy Hunt as their candidate of choice. Johnson said this group works outside the normal process of the National Republican Congressional Committee.

"This group of Washington power brokers sent 28-year-old Jeremy Hunt from Connecticut to Georgia to be their puppet in the Republican primary," said Johnson at a press conference in Macon. "They have made no effort to hide the fact that they intend to subvert the will of regular Georgia Republicans by promoting Hunt with money and power endorsements. They are proud of promoting an inexperienced, 'opportunistic freebooting carpetbagger' who has zero ties to the 2nd District and these Washington powerbrokers have the arrogance to believe that we in Georgia are not wise enough to figure this out.

"Hunt is an engaging young man who has no roots in the district, has never paid property taxes in the district and never lived in the district until Washington political operatives decided he was what the 2nd District needed. Hunt has no real-life work experience, is still going to college in Connecticut and his candidacy is a creation of Fox News and a third-party group of Washington Republicans. This is total 'BS' – as well as an egregious flagrant attempt to steal this Georgia congressional representation."

Voters in Middle and Southwest Georgia have raised questions about Hunt to Johnson on the campaign trail. Johnson has visited all 30 counties in the district and said he has heard and learned a great deal about the challenges facing citizens.

To exemplify his message about Hunt being sent down to Georgia to run, Johnson has produced a political cartoon reflecting upon the issues relating to Hunt's candidacy. This cartoon shows candidate Hunt being dropped out of a passing Washington DC Candidate Express airplane, with Hunt parachuting into Georgia's 2nd District as people are asking important questions regarding Hunt.

SHARE

Jeremy Hunt Georgia "Carpetbagger" ?



Voters have yet to be told why Jeremy suddenly moved from Connecticut to the 2nd District, and why this was the district he was selected and directed to represent? And by whom he was selected? When did Jeremy even register to vote in Georgia's 2nd District?

In 2016, Hunt wrote an opinion piece for Fox News — which made him a minor celebrity with numerous appearances as he commented about black versus white political issues. Hunt's opinion piece implied Trump supporters of being racists and saying that African Americans would "survive the Trump presidency."

Hunt also wrote the article while on active duty in the military. Those aware of the code of conduct of military officers, including a 2-star retired general who is from the district, may interpret this as being a violation of the Uniform Code of Military Justice since an active-duty military officer is prohibited from making any political commentary in general, and certainly no comment about the President, the Commander in Chief. ( www.foxnews.com/opinion/why-i-find-the-black-communitys-response-to-trumps-election-a-little-embarrassing)

Hunt is 28 years old and only part way through law school in Connecticut and is enrolled while campaigning, which speaks to his life experiences. Will Congress be a part-time job for him? He is not scheduled to graduate until 2023, then still needs to pass the bar, which everyone knows takes considerable time and commitment. An even bigger question is do we really need another lawyer in Congress? Especially one who is not even a real lawyer yet? It is very likely Hunt is living off and paying his way through law school using Federal student loan money.

Hunt quoted ultra-liberal New York Times reporter and 1619 Project author (author of Critical Race Theory - CRT) Nikole Hannah-Jones in his opinion article to support his arguments. Jones is known to detest conservatives. It is odd that Hunt, professing to be a conservative, would support her beliefs. (https://www.foxnews.com/media/10-misleading-outrageous-statements-nyt-nikole-hannah-jones.)

It is clear Hunt is the product of a third-party splinter group of power brokers in Washington that is using a Washington GOP effort to increase diversity of candidates for Congress that started in recent election cycles. The best example that applies to Hunt is John James of the Detroit area. Quoting a Politico article, "House Republicans have laser-focused their recruitment efforts on candidates like (John) James, a Black West Point graduate-turned-businessman, who can transform the makeup of a party pilloried for its overwhelming roster of white men."

(www.politico.com/news/2022/02/08/women-candidates-of-color-lead-gop-charge-to-flip-the-house-00006300)

(www.foxnews.com/politics/house-gop-reelection-initiative-candidates-diversity-republicans

"The national Republican party wants to increase diversity among its members of Congress, and this group's playbook plays right into that goal," said Johnson. "All the endorsements Hunt is bragging about are nothing but a page out of this playbook. Nikki Haley, Tom Cotton, Josh Hawley, Mike Pompeo and the

SHARE

6/16/22, 3:11 PM
Press Release: Jeremy Hunt 'Carpetbagging' Georgia's Second Congressional District | Wayne Johnson for Congress
Case 4:22-cv-00118-CDL    Document 1-1    Filed 07/28/22    Page 38 of 149

others who say they are endorsing Hunt know absolutely nothing -- nor do they care -- about the issues residents of the 2nd District face. In fact, these Washington endorsers know little about Hunt. When asked, these political celebrities point only to him being a young family man who went to West Point."

Johnson said that it is sad, but that he understands that it follows the Republican diversity gameplan to recruit Hunt. The NRCC stays out of endorsing or funding any candidate in a contested Republican race.

Johnson does point out that unlike Hunt, candidate John James left the military, had success in business and became qualified with meaningful real-life experience before seeking office, while Hunt left the military as junior officer only two years ago and is now in college and occasionally serves as a Fox News guest commentator, mostly around political issues that relate to Blacks and Latinos.

It is important to note that Hunt raised thousands of dollars for his campaign by using his presence on Fox to unabashedly push his candidacy and to request donations. His appearances on Fox stopped after the Johnson campaign demanded equal time from Fox News and pointed out that what Fox and Hunt were doing likely violated Federal Election law by being an illegal corporate contribution in kind.

"The GOP party at the national, state and even local level is reacting to changing demographics around the country. Outside special interest GOP power brokers, operatives and consultants have decided that, for the good of the Republican Party, there needs to be the addition of younger, diverse members of Congress," said Johnson. "This is of course fine, but at what point does a movement to diversity at all cost override what is best for voters in any given congressional district? We must not let our district be hijacked!" Johnson said.

Johnson said that if these GOP elites feel strongly about this issue, they should retire and make more room for new candidates. For reasons known only to them, a small group of GOP leaders in Washington believe Hunt, a young African American whose only claim of experience is that he went to West Point and served as a junior military officer, represents the best chance to beat Sanford Bishop in the fall.

"They are wrong, and as I said before, they really do not understand about the people in this part of Georgia. What Washington elites want is someone they can control and put forward as progress in the Washington diversity initiative," said Johnson. "I am the candidate who has the best chance to defeat Bishop in November because I have the life experiences and stand on issues that will have appeal to Republican and conservative Democrat voters in this district of Georgia."

Johnson said it is equally, if not more important, to have a highly qualified person in Congress after the election who can hit the ground running and start working for the people of Middle and Southwest Georgia.

"Every candidate who runs for office should expect their record and what they can bring to bear for the people they want to represent to be scrutinized and commented on," said Johnson. "I certainly do, and I welcome all scrutiny. Unfortunately, scrutiny about a candidate's record and motivations does not happen as much as it used to, or should"

Johnson said election integrity starts with candidate integrity. A person's dedication to openness and integrity are highly important attributes of a good congressman for the people. Neither Jeremy Hunt, nor the Washington power brokers, have been open nor transparent. If they will mislead us now, what will they do in the future?

"I very much care about my fellow citizens in Middle and Southwest Georgia, I do not believe Jeremy Hunt can say the same thing since he has never lived here," said Johnson. "I am committing my heart, soul, financial resources, and my honor to represent the 2nd Congressional District.

"I do this because I am deeply concerned about the future of our nation and the need for real, mature, experienced leadership from someone who is not looking to build a personal resume – someone who only wants to provide excellent public service."

⬡ SHARE

6/16/22, 3:11 PM    Press Release: Jeremy Hunt 'Carpetbagging' Georgia's Second Congressional District - Wayne Johnson for Congress

Case 4:22-cv-00118-CDL    Document 1-1    Filed 07/28/22    Page 39 of 149



Johnson is a rock-solid conservative candidate in the Republican Primary in the 2nd Congressional District covering Middle and Southwest Georgia. Johnson served as a Senior Official within the Trump Administration, was an officer in the U.S. Army and is an Eagle Scout.

Johnson is a Christian, husband, father, grandfather, farmer and businessman/job creator. He is pro-life and a serious gun owner.

Johnson obtained his undergraduate and doctoral degrees from Mercer University and his MBA from Emory University. He was born, raised and resides in Macon, Georgia.

www.JohnsonCongress.com
###

# Continue Reading

Read More



Why does Jeremy Hunt use West Point and his limited time in the Army as "props" for his campaign? Should we not expect more substance from a potential congressman?

Trump Administration Senior Official, Wayne Johnson Faces Chris West in Runoff Election - Raises Issues About Jeremy Hunt

June 13, 2022



Trump Administration Senior Official, Wayne Johnson Is the Only Republican Who Is Ready for Work on Day One

May 23, 2022



## Wayne Johnson for Congress

@WayneJohnson4GA

🐦 FOLLOW

❝ johnsoncongress.com/wayne_johnson ...#gapol #gagop ❞

💬 Reply      🔁 Retweet      ⭐ Favorite



➤ SHARE

6/16/22, 3:11 PM
Press Release: Jeremy Hunt 'Carpetbagging' Georgia's Second Congressional District - Wayne Johnson for Congress

Case 4:22-cv-00118-CDL    Document 1-1    Filed 07/28/22    Page 40 of 149



HOME    LATEST NEWS    EXPERIENCE    VIDEOS



**PAID FOR BY WAYNE JOHNSON FOR CONGRESS, INC.**

Wayne Johnson for Congress, Inc.
P.O. Box 4965
Macon, Georgia 31208

Phone: 478-739-4196

Copyright © 2022 - Wayne Johnson for Congress, Inc. All Rights Reserved.

Privacy Policy

CANDIDATE theme on NationBuilder

SHARE

# EXHIBIT 2

https://www.youtube.com/playlist?list=PL4Z8vj_Hw3ZR_5nEofYH-OafmWE2gIE5g

# EXHIBIT 3

Fox & Friends – Brian Kilmeade – Jeremy Hunt is running for Congress


Brian Kilmeade  0:02

So you've seen Jeremy on the channel quite often. You also know he's a West Point grads who's well, you know, military things, too. But Jeremy has got a big announcement and here's a tease of that announcement and a little bit of your first ad. Listen.


Jeremy Hunt  0:17

GA is at a turning point. The left is trying to redefine what it means to be an American. They hate what makes America exceptional.


Brian Kilmeade  0:26

So you are going to be running for congressional seat in your home state of Georgia. What went into that decision?


Jeremy Hunt  0:34

That's right. I'm so excited. To announce here on Fox, I'm running for Congress back in my home state of Georgia and Georgia district two. And we're just so excited. If you want to help us out. Please go to Jeremy for georgia.com. And yes for us. I mean, this campaign really was about preserving the American dream for my daughter and families like ours just around the state. This is really important to us. And you're like I mean, as I mentioned before, inflation at the highest rate in 40 years, the grocery store shelves are empty. Gas prices are ridiculous. I just had to pump gas was getting here this morning and it's insane the price that we're paying, and so our families are basically paying the price to live in Joe Biden's America. And this is this is the problem. So I'm running to give our community a voice. And I'm really excited. You know, for me, this country. I've talked about this on Fox many times before, this country has given me a lot of opportunities. And so I do not want to see I refuse to surrender our country to people who do not treasure what we have here.


Transcribed by https://otter.ai

Fox & Friends – Peter Doucy – Jeremy Hunt – Biden Sending Troups to Ukraine


Peter Doucy  0:05

Fox news alert more on our top story President Biden is considering apparently sending 1000s of troops to Eastern Europe as Russia appears poised to invade Ukraine. The State Department warning Americans not to travel there, while ordering families of embassy staff to evacuate. Our next guest was deployed in Ukraine and training Ukrainian armed forces for the threat they now face. Georgia Republican congressional candidate Jeremy Hunt joins us from Atlanta Jeremy. Good morning. Morning. Well, this is a mess.


Jeremy Hunt  0:39

It is indeed having a heavy look at but first, let me just start by saying I had the honor of serving with just incredible Ukrainian soldiers back in 2016. When I was deployed there, we were training them specifically on NATO doctrine and for that and really for the fight that they're now facing on their eastern border, that they love their country. Many of them have lost so many loved ones 12 13,000 lives lost. They are on the eastern border over the last several years. And so they are going to stand there in a fight and our role as their allies to make sure they have the resources that they need to defend themselves against Putin and hopefully to send a message and make Putin pay for for invading for invading their country, if that's what he chooses to do.


Well, and the news this morning is Joe Biden might he might be considering sending 5000 could be tenfold could be 50,000 is vague about that. But Britain's already got the 100,000 men and women at the border about to come over. Jeremy you know, he's a strong man. And for him to back down that would make him look weak. He doesn't want to look weak.


That's right. So it always trying to capitalize on the weakness. And so one thing that we've seen unfortunately over the last year in the Biden administration is complete weakness out of the White House. I mean, it used to be that they would send email these strongly worded letters. Well now it's even worse now. They're sent like strongly worded tweets. I mean, literally social media, hashtag diplomacy. It's a complete embarrassment, when we saw the debacle on the debacle in Afghanistan, and now we see such instability in Eastern Europe as well. And a lot of that is a result of Biden's weakness. But But let me be clear, you're going to hear a lot from the next couple of weeks as as this kind of unfold. You're going to hear a lot from different kinds of wings of of people how to approach this problem, you're gonna have the war hawks, they're gonna say, well, we put the boots on the ground everywhere. And you know, this is why we have to have involved in all these countries around the globe and spread ourselves thin and then have these kind of forever wars. But then you're also gonna have some on the other side on or be more isolationist and they're gonna say, well, we just need to kind of completely remove ourselves. And just focus America first and not have anything to do with the rest of the world and advocate our role and on the global stage. Both of those camps are wrong. Believe it or

not, it is possible for us to put America first for us to deter aggression around the globe through our strength, and for us to reassure our allies. It's possible for us to do all of that without having to choose this kind of false dichotomy between those two terrible options. And but it takes competent leadership. And that's the problem is that we have such incompetent leadership coming out of the White House, that they can't make the types of decisions that keep us safe. And that's one of the reasons why I'm running now. I started wanting to as a as an Army officer, but now we're running to serve in Congress, and that's winning serious leadership back in Washington DC.

Well, you know, because Jeremy, Joe Biden gave them the green light to do the Nord Stream to and that helps flip let's just a gusher of cash and then last year, when the Russian ransomware hackers took down the Colonial Pipeline, the president said no, if you ever do that, again, there will be severe consequences. They did it the next day. They just didn't take down another pipeline. So it's kind of like Putin is looking at, you know, I can get away with anything with this guy.

That's right. That's right. There's never any kind of repercussions for any of the actions that he's taken. And if you look at Nordstrom to in particular, what they're trying to do is hold your hostage and to be completely dependent on energy from him, which is why they will bring it back home to us. This is why we have to stay energy independent here in the United States. We can't go along with these kinds of fanciful green and deal ideas, because ultimately, it'll make us dependent on Russia and and our adversaries for our energy. So we have to make sure we stay on target focus on what's best for our country.

Peter Doucy  4:24

Thank you for and that's why you're running for Congress.

Jeremy Hunt  4:26

right Jeremy? For georgia.com. All right. Thank you, sir.

Peter Doucy  4:30

Thank you.

Transcribed by https://otter.ai

Jeremy Hunt – January 25, 2022 – Ukraine calling for citizens to take up arms

Ingram Angle – Laura Ingram

Laura Engrams  0:04

They're calling for all citizens to take up arms. They promising to provide weapons to those who will but my next guest was deployed in Ukraine and is speaking to citizens on the ground here. Joining me now is Jeremy Hunter, former army captain and congressional candidate, Georgia. Jeremy, the spirit of the Russian man who were willing to take up arms seems very strong. However, they are outnumbered they are outgunned. And they're being slowly but surely surrounded.

Jeremy Hunt  0:36

by Ukrainian friends, I have texted some of them and what they're saying is, look, we trust the word of God and we are going to fight for our country. But that's the kind of messaging we've been sending me and it's inspiring. These these are folks who wants freedom so badly are willing to give their life for it. And they are literally taking the arms and sending in all sorts of territorial defenses to civilians, and specifically Ukrainian men standing up and defending their families defending their homeland. This is totally different from even the situation we saw in Afghanistan earlier. We saw the images, running trying to flip the country and hop on the planes out Ukrainian folks are standing strong. We saw some stories today of folks saying, you could take my life but you're not going to take my home. And it was just incredible. And so I always my wife and I just been praying for the people of Ukraine, all of our friends there who are literally giving their lives for their country

Laura Engrams  1:27

at the same time the Biden administration has sent a small amount of troops to the region. President Biden has been very clear. We will not fight Russia in Ukraine. But we will fight for every inch of NATO territory. Jeremy at the same time, we have seen the clear reluctance on the part of our European partners as they're called to really squeeze Russia if they're threatened by Russia. They really feel threatened by Russia. They're sure willing to give Russia billions of dollars to fund its military through energy and other financial instruments.

Jeremy Hunt  2:04

That's right. That's right. I mean, it's really a cautionary tale for here and for us here at home. I mean, we have to stay energy independent or else we will be like Germany, dependent on rational world dependent on them for for for fuel and for gas. And so I call him on the Biden nutrition right now. Lift all of these ridiculous energy restrictions and reopen the Keystone pipeline. And it is right now even America. I'm running for Congress here in southwest Georgia. And there are folks in my district right now. We're going to pay you pay 456 dollars, a buck a gallon for gas in some of this. We could actually

eat some of that and buyer national lead to some of these particular sections, especially from the analysts even for myself. Once the running for office here, the Green Deal and all these kinds of ridiculous ideas. This should be the last nail in the coffin for the green New Deal. We see what happens when we are not energy independent. I

Laura Engrams  2:58

can have a quick question. I have a really quick question. In all honesty, though, are your constituents potential constituents more concerned about enforcing Ukraine's border or having us enforce our border at home?

Jeremy Hunt  3:13

Well, my constituents are saying I'm talking to folks from the district what they're saying is this. We want that we want a country that has a strong military strong borders, and we want every one of the people leadership and DC that actually stands up for us and actually, Project strength. The reason why we got here is because Biden to either our adversaries across the globe have seen Biden's weakness all year. They saw half

Laura Engrams  3:36

you want to toil away. We gotta go. We gotta go Jeremy. But a week America begins a chaotic, dangerous world and that's what we're saying. Place our peace through strength.

Transcribed by https://otter.ai

Jeremy Hunt – February 27, 2022 – Biden Struggles to Handle Global Pressure

Fox & Friends First – Carley Shimkus – Todd Piro

**Todd Piro  0:05**

President Biden struggling to keep foreign adversaries in check as he faces pressure in not one but funds across the globe

**Carley Shimkus  0:12**

here react Jeremy Hunt US congressional candidate, Georgia and former US Army captain who was deployed to Ukraine. Jeremy, our adversaries are very active right now just look at this North Korea just launched its fifth missile test this month. Obviously Russian President Vladimir Putin threatening to invade Ukraine. Over to a rod wrong back militia recently attacked a US base in Abu Dhabi. And then China is always a lingering threat, flying dozens of war planes near Taiwan that is consistently happening. So why is all of this happening all at once and what does it mean for the safety of our country?

**Jeremy Hunt  0:51**

Yeah, I mean, I think a lot of people couldn't get all the instability around the globe. We see what's going on China, Russia, and Iran and North Korea, as mentioned, and a lot of what's the kind of common theme here and here's the bottom line and kind of some of the problems of our adversaries are looking at our Commander in Chief July, and they don't fear a meal anymore. And that is very dangerous. Because prior to this point, American military strike has always determined our episodes abroad. But now how Joe Biden from day one of his presidency, he made it clear that his number one priority, would be strengthening the military or anything like that. No, it's number one priority was going to be ongoing these witch hunts for white supremacy in the military. I mean, it makes no sense why all these are just misaligned today. Why? And that's why we have to get down to what's going off in this military can make this kind of kowtowing to the progressive agenda. And so we have to be accountability. So that's one of the reasons why I'm running for Congress now. Is that when Republicans are in are in the house, we're going to have audits we're gonna see what is going on out a lot of military families, my district, we're gonna get to answers while we're there billions of dollars less than Afghanistan. In Afghanistan, what happened with Biden ministration Superman under this way, some serious questions, we're gonna get to the bottom of it.

**Todd Piro  2:16**

Jeremy. What I can't wrap my head around is why didn't we see this coming? What did the Biden administration think was gonna happen? By focusing the military on me and not workers?

Jeremy Hunt  2:28

That's exactly right. And you just think there's just the worst thing you could do is become complacent. And that's losing the vital construction leaders. Oh, you know, we were we've been so strong so long. You know, we were we had a strong military for all these years. So we're about to just kind of change our priorities and things have just felt fundamentally bad. But we're not going to be also done in the NDAA, the National Defense Authorization Act. And so what that what that did is it also cut funding for the military as well. And so it's misalignment and this is why we need members of Congress who are willing to stand up fight for our military. And so that's why we're running out of steam here. Specifically an area that Fort Benning Robins Air Force base here in south Georgia, and we're gonna see because people want to finally happen serious military, and seriously, there's a Washington so I would love if you would join me can go to hunt for ga.com If you want to join our campaign, and then come join us and see how we're going to turn this thing around.

Todd Piro  3:25

You are running in an absolutely fascinating district military, Queens D right now. We'll see how long that lasts. Jeremy Hunt. We appreciate your time this morning. Thank you, sir.

Transcribed by https://otter.ai

Jeremy Hunt – February 7, 2022 – Stacey Abrams Unmasked at School

Fox & Friends – Brian Kilmeade


Brian Kilmeade   0:01

Another high profile Democrat called out for flouting COVID rules this time and Stacey Abrams pictured maskless in this now tweeted photos surrounded by mass little children in Atlanta unbelievable. Our next guest says voters are sick of the hypocrisy. Republican candidate congressional candidate in Georgia joins us now. So, Jeremy, what about that picture? And what about the lack of understanding how bad that looks?


Jeremy Hunt  0:27

Yeah. It's really amazing. It doesn't matter if you are Republican or Democratic parents are pissed off at the COVID hypocrisy. I mean, as we're campaigning for Congress and going around the district here, and parents are telling me they're sick of the mask mandates. I mean, even that's me. I'm a father of a two year old little girl. I'm super the mascot. My daughter was going to the airport, the ballroom airplane these days. I mean, it's got out of control, and it's funny, also my first lesson, the only thing that my daughter's life that's trapped and oppressed in America are these massive repeats. I mean, so it's absolutely insane. And but I think you I think this November, voters are going to show up to the polls and send it loud and clear message and regret party that they have completely missed it. Right. They do


Brian Kilmeade   1:12

blue missing Eric Adams twice who's called like, that was the Jamaal Bowman same thing. We see it with the mayor at Los Angeles see the governor of California we see with the mayor we see with the mayor of San Francisco but here's what Laurie gross says spokesperson for Stacey Abrams says Stacy trust science and supports masking in schools. As the current CDC recommendation she wore a mask to the event and removed it at the podium. So she can be heard by students watching remotely and for photos, but only with folks who were masked. I mean, it's just a farcical statement, but we'll move on. Jeremy we know that you were deployed to train now Ukrainian forces, the White House now warning Russia could invade Ukraine any day now soon, probably after the Olympics credibly hard enough for them to roll forward. They got 70% of their forces in place according to our intelligence operations. Do you think we're handling this the right way by setting 3000 troops into the region?


Jeremy Hunt  2:06

I think it's insane that the President is sending troops closer to the combat, but it's just months after he himself advocated to cut defense spending and to cut the military this year. So it's just amazing to me that it's in our soldiers closer with less with less resources and honestly don't know how we got right. By it is kind of ad hoc. They get up as you go along foreign policy has led to instability around the globe. If

we had a president who put America first and strengthened our military here at home, we wouldn't see these types of issues. And so that's one of the reasons why I'm running for Congress is to get accountability on these things. And so if you want to join me, you can go to Hartford, ga.com. Join us and unless they get stuck holding something

Brian Kilmeade   2:54

I just don't see Ukrainians with guns knowing that we could get them guns, and they obviously don't have enough and we they want to fight for themselves. And so they're asking for, give them the army to fight for themselves. They should be not saying they're playing war, they should be able to fight a war. Or Jeremy best of luck in your quest. Thank you. Thank you. All right. I can turn anyone into a beach bar

Transcribed by https://otter.ai

Fox Business with Kudlow – Jeremy Hunt Black History Month

Kudlow   0:07

So this is Black History Month. But the question I'm asking is why is the woke left trying to cancel accurate, comprehensive black history? Joining me now is Jeremy Hunt a candidate for Georgia's second congressional district. Jeremy, welcome to the show. You know, I'm going back a year. But you wrote you wrote this piece a year ago for Black History Month, but it's a timeless piece. You know, the canceled culture grab, they don't want to mention your Justice Clarence. Thomas is a brilliant jurist. Okay. They don't mention Condoleezza Rice. They don't mention Senator Tim Scott, who really is a leading free market supply side Growth Guy. They barely mentioned Abraham Lincoln's I'm going to try to blow blame. Blow Lincoln away. They don't mention Frederick Douglass. They don't mention Booker T Washington. All they want to do is mentioned you know slavery reparations, they hate America. We're all systemic racist. How can you you know what's wrong with this Jeremy? I mean, goodness.

Jeremy Hunt   1:03

And it's amazing. Never before have we seen black history reduced down to just a few cherry pick leaders, but honestly, if you look throughout black history, there's always been a robust debate and different ideas about how to move forward. And so especially as me as running on a black conservative, I mean, we're running this race and we're reaching people who are saying who agree with the conservative message on so many different issues, who believe in free markets who believe in limited government, who believe in the in the promise of America, and that's what we're running is to preserve the American dream. I'm not the first black conservative in history. There have been many that gone before us, we should amplify their voices to this.

Kudlow   1:41

Yeah, you know, can I just pause a moment on the Clarence Thomas point because he just take so much flak He's almost like a non person. But it turns out that at least some fair people, you look at Justice Thomas's decisions and statements, his turns out to be a pretty brilliant guy, and a very brilliant constitutional scholar, and he never gets credit for that.

Jeremy Hunt   2:10

That's right. I mean, he is he's one of those principal jurists that we have on the court, and he's someone that I've looked up to, for a long time had an opportunity to spend time with them. He's a hero, and he's actually from South Georgia. It's I'm I'm a huge fan of his and it's just sad to go to like Bernie, go to African American History Museum. He's got a very small little part where foreign nation second African American Supreme Court Justice, and I think it's ridiculous, but if you talk to him, he would never complain about it because he's focused on doing his job and serving and defending the Constitution. And that's exactly why I'm running here as I was first in the army, certainly graduated from West Point and served as a captain in the United States Army, defending the Constitution and read simply the same

exact thing in the halls of Congress. It's about defending our constitutional liberties, rolling back the the size of government so that the people in our community have an opportunity to flourish.

Kudlow  3:00

That's a great message Jeremy had, you know, you mentioned Abe Lincoln and book and Frederick Douglass, by the way brought you I'm sure you read Brian Kilmeade book on the two it's a fabulous book. You know, one was go slower, one was go faster, but they were both moving the freedom message to end slavery along and the other one you mentioned is Booker T. Washington. That's so interesting. He was the founder of Tuskegee if I'm not mistaken, Tuskegee college rather. But you know what, he's almost lost to history. In other words, that African American political class never really talks about Booker T. Washington.

Jeremy Hunt  3:36

There's so much nuance. If you look at black history and the nuance between Booker T Washington and what's kind of differences that he had with WB Dubois and you look at it throughout history, there's always been this kind of nuanced debates and discussions about how to move forward. Only now is it now off limits to have any nuanced ideas about the future and about what's best for for our country and and how our community can succeed. So it's amazing. So we have to get past that we have to get past just the Republican Democrat labels and be able to talk about the issues because when we talk about the issues that we engage in the issues, you can see that we we honestly are on the same on the same path on a lot of different things and talk to voters as we're going throughout the district. We're on the same exact path on a lot of these different issues. It's just a matter of cutting through the noise cutting through the elite progressive, you know, ridiculous statements out there and just talking about what really matters.

Kudlow  4:24

Yeah, it's a terrific message. Jeremy, I hope you do fabulously well and your race you know, another segment we'll have you in our talk we get Senator Tim Scott has become a hero of mine, because of his messages. You know, he's the ultimate optimist, free market economic opportunity. Get, you know, taxes and regulation. I mean, and and black leadership doesn't like him, right. They don't like him. Because he's not a welfare guy. He's not a welfare guy.

Jeremy Hunt  4:50

Because you don't see. Yeah, if you don't say exactly what they want you to say then you're not you're not accepted in the circles but we're pushing back against that and I'd love you to join us if you go to hunt for ga.com Hu MC hunt for ga.com and join us we're going to find about fight back and we're going to save our country.

Kudlow  5:06

There you go. Great. Stop, Jeremy. Take care. Thanks for him.

Transcribed by https://otter.ai

Fox & Friends – Pete Hegeseth – Jeremy Hunt – Carley Shimkus – Will Cain – Ukraine – Biden will Not Save Americans left behind in Ukraine

Carley Shimkus  0:02

Jeremy Hunt US congressional candidate West Point graduate. He's also been deployed to Ukraine to train forces there. Jeremy, good morning to want to start off with your current assessment of the situation. It feels like an invasion is eminent although the Biden administration says that they don't think that Vladimir Putin has made up his mind yet on what he wants to do. So where does that leave us?

Jeremy Hunt  0:24

Unfortunately, unfortunately, it looks like a war is on the way on the border of Ukraine. All the intelligence estimates seem to point that way. We've seen the news and so one of the issues though, that we're going to see is a humanitarian crisis and the issue of how are we actually going to get Americans out of the country? And as we saw in Afghanistan, the Biden administration will leave Americans behind and then they they showed us that in Afghanistan, and so they've given us no reason to believe or have confidence that the same thing would not happen. And so I'm urging all Americans to get out of the country as quickly as you can because the Biden administration will not save you. And that's clearly been the message that they've sent. And, you know, it's this whole thing that's it's amazing how we got here. I mean, just the Biden administration, from day one has projected such a weakness from the White House, that Russia no longer fears us, they no longer respect us around the globe. And that's that's honestly how we got here in the first place. So its entire situation has been a complete mess and unfortunately, we have the White House

Pete Hegseth  1:30

to blame. You know, Jeremy, it's interesting. We read it in your bio on the way in you've been involved in helping to train Ukrainian forces in the past. What what capacity do you believe they have with a full on onslaught from the Russian military? Presumably that was years ago. And they've received more equipment and training since but what's your sense of the will of Ukrainians to fight in their capabilities?

Jeremy Hunt  1:54

Ukrainians will fight. They love their country. They are very proud to be Ukrainian. And I'm telling you right now, there are men and women in the graveyard now that are willing to give everything for their country. And that's something that's that's incredibly special in here, United States, our jobs would be continued to give them the resources that they need to fight to defend themselves. But it is also a cautionary tale for us here. We have to we have to secure our own borders and we also have to restore our own country, and we need to be proud of the American proud to lay down our lives for our country, because in Ukraine, that's what they're willing to do for theirs. But here in the United States, we have our military leaders telling us about how evil our senior officials in the Administration are telling our soldiers on well there is and if you remember the Biden administration spent the better part of last year

saying that our American military is full of white supremacists and racists and demoralizing our troops. So Biden's strategy up to this point has been demoralized and then deployed to demoralize them it lowered morale on trips and then deploys them to pull them closer to closer to the axon. And so now, I mean, the military community here, my district and right outside of Fort Benning, people are upset about this. I mean, it's time for Biden to actually come up with some comments and foreign policy. And so that's one of the reasons why I'm running for Congress is to turn the time actually asked the tough questions, and have some heroes Congress to see what's going on. And so please feel free to join us you can watch at hunt for ga.com We're gonna get some answers for this.

Will Cain  3:28

demoralizing deploy weakness invites these types of moments in history, that kind of criticism you're offering this morning Jeremy is not been received. With an open mind. It's been received with some bit of defensiveness from the Biden administration. Take a listen to Jackie Heinrich pressing Jen Psaki on the Biden foreign policy approach.

FoxNews Journalist  3:48

President has frequently talked about getting out of Afghanistan as a major event. Is has impacted his polling. This isn't a current event that is underway. The question is, what does the administration say to critics who are looking at these two events and questioning his administration's foreign policy approach?

Pstaki  4:07

Who was questioning us giving plenty of Republicans like

Unknown Speaker  4:11

I could name off any number of Republicans?

Pstaki  4:13

I love to know named

Unknown Speaker  4:16

Mitch McConnell? Okay,

Pstaki  4:19

well, here's what I would say to Mr. McConnell. The President ended a 20 year war in Afghanistan, a war that had cost us 1000s of American lives. billions, trillions of dollars. This is entirely different, because we are not ending a 20 year war. We are trying to prevent war here.

Unknown Speaker  4:37

Instead of McConnell let's just put in Jeremy Hunt. There your message to Jeremy

Jeremy Hunt  4:43

it's absolutely amazing. I mean, what they're trying to do, they're hoping that the American people have a short memory and that somehow we've forgotten how we moralize our military and drop morale, but it's White's vs. witch hunts earlier this year, that we forget what happened in Afghanistan, about the Americans that were left behind and they're saying that you should trust us and believe us, we're going to help what we have planned the American people are not stupid, we can see right? And we're we're here. We're gonna ask tough questions. And we are out here actually advocating for our American troops because the Biden administration will not

Pete Hegseth  5:18

absolutely not. Jeremy Hunt thanks for your insight and your service to our country. And I know you want another chapter that service as well. And we wish you well. Jeremy, thank you so much.

Transcribed by https://otter.ai

Jeremy Hunt – February 16, 2022 – Biden Diplomacy with Russia – Ukraine

Fox & Friends – Brian Kilmeade

**President Biden  0:04**

The paths are still open for the sake of historic responsibility, rushing the United States share for global stability for the sake of our common future to choose his diplomacy. But let there be no doubt if Russia commenced his greets by invading Ukraine, responsible nations around the world will not hesitate to respond.

**Brian Kilmeade  0:32**

Oh, let's hope as the world waits for Russia to make its next move, President Biden is making a play with Vladimir Putin to take the route of diplomacy on the Ukraine while sending more troops to the region. Our next guest train Ukrainian armed forces for the threat they face right now congressional candidate Jeremy. Jeremy, I know you don't know exactly what the Ukrainians have, but are you convinced they have everything that they need to put up a defense?

**Jeremy Hunt  0:57**

Yeah, we know that over the last several months we've been supplying them with the anti tank anti aircraft weaponry to defend themselves against the fact that but you know, the thing is that we have been kind of closer to the intelligence to get exactly how many how many resources that they have. But but but I can tell you this. I mean, we had to look at how we got here. I mean, look at Joe Biden has now in comparison to the rest of the world. It's such an unstable position, because he's he's weakened our military combat here at home. And it's just it's amazing to me that all this talk with, with President Trump being a student of Putin, and Republicans are colluding with the Russians. But it's interesting that the Putin only feels comfortable invading places when Democrats are in charge. And I've noticed that if you look at what the administration and now when the Crimea and then now and the Biden ministration it's interesting to me that this only seems to happen when Democrats are in charge.

**Brian Kilmeade  1:50**

Yeah, I didn't know as they did take Georgia when Condoleezza Rice was Secretary of State George W. Bush, was president but they wanted to that incursion they were starkly rebuked, and that was the beginning of this type behavior. Couple other things. They say we're gonna have swift and unified sanctions slapped on Russia slammed right at him very hard. However, when pressed political rates today that we might not be on the same page, especially Germany and Hungary. Do not really into the spring sanctions. The German chancellor was there yesterday. Does that worry you?

Jeremy Hunt  2:23

Yeah, well, the problem is that Germany has become so dependent on Russia now for energy. I mean, they have basically gotten themselves more true to themselves so dependent, and that's, by the way, a huge cautionary tale for us here back at home about why we have to be energy independent. We can't do this crazy Green New Deal stuff, and then be in a position where we're dependent on Russia for oil. So that's why you see kind of a lot of the softness in certain countries in Europe right now. And so we have to be tough, whatever. I mean, it's just it's amazing to me, right, but Biden now has lost and lost yet are flitting around the globe. I mean, so we'd have to be able to stand up and be strong and have something better than just you know, harshly worded letters to

Brian Kilmeade  3:02

Jeremy if they go in, I would say that but if he was able to hold out he could would still he could restore some of that standing. That's what's at stake his entire presidency, and of course, Eastern Europe. Real quick. This is an important time. The press has an important job. Watch President Biden after that 1030 response yesterday. Listen to what he didn't said.

Unknown Speaker  3:25

Thank you, keep you informed.

Brian Kilmeade  3:38

Find it unbelievably frustrating, especially if you know the topic. You're welcome those questions. What's he worried about?

Jeremy Hunt  3:47

Oh, all of his handlers are trying to rush him off the stage because they see just how weak he looks. This entire time. But just how embarrassing. It is his record. I think about this. Jimmy Carter lost the Embassy in Tehran right. Decades ago, and that was like the end of his presidency. Joe Biden has not lost two embassies in seven months. He lost them our American Embassy in Kabul, and he's now lost our Embassy in Kyiv. So this is actually insane. So one of the reasons why I'm running for Congress is to restore actual fresh leadership back to Washington, to what's happened. So I'd love if you joined us from georgia.com.

Brian Kilmeade  4:23

All right, Congressman, if you get if you become congressman, and I hope you're on the Armed Services Committee with your background. Thanks so much, Switzer, network, join it. To 16

Transcribed by https://otter.ai

Jeremy Hunt – February 27, 2022 – Ukraine Citizens – Take Up Arms

Fox & Friends First – Carley Shimkus – Todd Piro - Jeremy Hunt – Ukraine - Russia

Todd Piro  0:03

Joining us to talk about Russia response Jeremy Hunt US congressional candidate and Army veteran. Jeremy, great to have you. Carly mentioned the financial aspect. Mike Tobin had a very interesting thing that he referenced in the beginning of his piece. It was this request by the Ukraine foreign minister. Basically it seemed to Carley and me like he was asking people from around the country to come to Ukraine take up arms to help them out. Is that something that is really even possible with the rules that we have in regarding NATO and all the other rules of engagement that are throughout our military?

Jeremy Hunt  0:41

Yeah, and it will certainly be difficult. Certainly our own US military guys will probably not be able to participate in that but around the world, we're getting guys that people are all coming together and standing up to I mean, this is what did not even anticipate the type of resolve coming out of Ukraine and the world, international community coming together and saying that this is enough. I am just so pleased with it with the level of resistance coming out of the ground when I was there. I was there in 2016 training of the Ukrainian Armed Forces, specifically their intelligence systems. And what I'm seeing now is that the force for freedom is so clear and so palpable in that country, they will stop it and nothing literally get in their lives for their country for their homeland. And I think the entire world is seeing that now and my wife and I we are just we've been praying for the for the for the nation to be praying and praying that they can pay for invading their country was

Carley Shimkus  1:41

making a payment. What do you make of the latest sanctions? The US and EU nations kicking some Russian banks out of the Swift financial system, but it still doesn't affect their oil and gas industry.

Jeremy Hunt  1:56

Unfortunately, Biden and Eastern European leaders, Johnny completely type of assistance to Ukraine wouldn't get him to wait too long to do that. And now we are actually sooner than maybe they would have been even better position that also with these payments now, the problem is that you can get hit them with sanctions but until you start targeting these energy payments, that is how that is how Russia is funding in this. So in tune, we can start talking about energy payments. Unfortunately, sanctions are not going to be as tough as they could be. So there's kind of this half these little half step measures are not going to be helpful until we start hitting on energy and this is why we have to be energy independent here at home. In United States as well. We should be ramping up our domestic production

and sitting across the table to ask Biden, why is he still restricting our own energy production here at home?

Todd Piro  2:54

Obviously, the talk of the last 24 to 48 hours is the fact that this invasion does not appear to be going, as Vladimir Putin has planned you discussed the will of the Ukrainian people. Is there something strategically in your estimation, being a trained West Point, soldier that you see Putin failing at?

Jeremy Hunt  3:13

Yeah, well, we live in the forest to be filled out and so that is that one is committing incredible and Eminem egregious crimes. I don't know just if you see some of the footage coming out of it. There's the hangings accidents military has been committed. What he's what he's underestimated is the will to fight in the first for freedom and Ukraine. When people are willing, we have members of parliament, grabbing weapons, defending their country. It you know that people are not playing around and key thought of this. They were all just kind of rolled over individually but that's not what happened. What's happening here. And you know, what, even here at home and our community, folks here even at night six are going to be paying even more 456 bucks a gallon of gas. Effective everyone was with what's going on there. So the entire world community's upset. One of the reasons why I'm running for Congress here in southwest Georgia is to get serious leadership in our in our Congress and in our leadership to stand up to people like

Carley Shimkus  4:09

that. All right, Jeremy Hunt. Thank you. So much for joining us this morning. We appreciate it.

Transcribed by https://otter.ai

Jeremy Hunt – 2022-05-07 – Progressive Elites

Jesse Waters Primetime – Pete Hegseth – Carol Swain

Long version


Pete Hegseth  0:01

Joining me now to weigh in is Jeremy Hunt, Georgia congressional candidate along with Carol Swain, author of black eye for America how critical race theory is burning down the house. Thank you both so much for being here. Jeremy it's one thing to say something like this in a private conversation maybe their friend trying to figure things out it's another thing when you talk politics everyday on TV and you're saying it in front of millions of people. She was really believe this that it's not possible to look like you and be a Republican.


Jeremy Hunt  0:32

That's right. I mean, when I look at that, the woman there's so emblematic of where the progressive

we have no idea what life is like in southwestern Middle Georgia, where I'm running for Congress right now. I mean, they think that blacks and Latinos that we somehow owe them our vote, but for nothing more than the color of our skin. It's insulting. It is disrespectful. But a lot of blacks Latinos in our district and Columbus and Macon, Albany, Thomasville are waking up and realizing, why are we voting for these liberal elites who mock our values. They mock all our principles, our vision and mock our religion. They think that those of us that are born again believers that you know, somehow they were just so stupid for believing it has gotten out of control. And so that's why the progressive elites have to submit they are so out of touch with our community here in southwest Middle Georgia, but they have no idea that we stand for something that we stand for faith, family community, that's what our campaign is all about.


Pete Hegseth  1:29

Carol, if they can't understand, you know, if it's an oxymoron than talking to someone you would like you would make their heads explode. It does not compute. Why can't they understand that color of skin does not have to equal ideology or worldview


Dr Carol Swain  1:46

because they live in a bubble. They get their views about black people from the Congressional Black Caucus, that blacks in academia and you know, Jesse Jackson, Al Sharpton that group, they have no idea how everyday blacks think. And they're so ignorant. They don't know they're ignorant, they're stupid. And I am a proud Black Republican. But unfortunately, I spent most of my life in the Democratic Party. And once I became a person of faith in my 40s, as I grew in my faith, I became more and more

disillusioned with the Democratic Party. I am a Republican because of the platform because of the focus on God Family and nation.

Pete Hegseth  2:38

Because of what you believe in your heart and in your mind, in your soul about the things that you value, none of which, from your view, is it reflects on the color of your skin. Sure, but just real quick, I mean, to people that look at this and are demoralized, is there hope that because of comments like this, more of, you know, blacks and Latinos will come toward the conservative side of the spectrum.

Jeremy Hunt  3:02

There already there. It's the Democrat Party has left so many blacks and Latinos behind. I mean, it comes down to our community at the hearing columns. You talk to folks understand, like we just want to be put food on the table for our kids. We want to have our faith respected, our families respected and I have to ask for every vote is a place of respect and a willingness to listen. And that's why we've been able to win. So you can feel free to come join. Look at our website at Jeremy for ga.com. We're talking about a lot of issues because we're bold and we're sticking up and we're representing our community.

Pete Hegseth  3:31

Carol last word 15 seconds.

Dr Carol Swain  3:33

Well look at the polls black, so I'm fleeing from the Democratic Party, and it's about time and so the Democratic Party has a serious problem. Wake up, Democrats wake up.

Pete Hegseth  3:46

We'll see if they can when they're handing Emmys to the view for commentary like that, but we'll get to that later. Jeremy Hunt Carol Swann, thank you very much for sharing

Transcribed by https://otter.ai

Jesse Waters Primetime – with Pete Hegseth – Jeremy Hunt – Progressive Elites – Short Version

Pete Hegseth  0:02

Joining me now to weigh in is Jeremy hunts. Georgia congressional candidate along with Carol Swain, author of black eye for America, how critical race theory is burning down the house. Thank you both so much for being here. Jeremy, it's one thing to say something like this in a private conversation maybe with your friend trying to figure things out. It's another thing when you talk politics everyday on TV, and you're saying it in front of millions of people. She must really believe this that it's not possible to look like you and be a Republican.

Jeremy Hunt  0:33

That's right. I mean, when I look at that clip, I mean, the woman of the people, they're so emblematic of where the progressive elites are right now. I mean, they have no idea what life is like in southwestern Middle Georgia where I'm running for Congress right now. And I think they think that blacks and Latinos somehow out by for nothing more than the color of our skin. It's insulting. It is disrespectful. But a lot of black Latinos in our district and Columbus and Macon Albany, Thomasville are waking up and realizing why are we voting for these liberal elites who mock our values. They mock all our principles, our vision and mock our religion. They think that those of us that are born again believers that you know, somehow they were just so stupid for believing, I believe it has gotten out of control. And so that's why the progressive elites have to somebody are so out of touch with our community here in southwest Middle Georgia, that they have no idea that we stand for something that we stand for faith family community, that's what our campaign is all about.

Transcribed by https://otter.ai

Fox & Friends First – Carley Shimkus / Todd Piro – Jeremy Hunt – Biden's Iran Deal

Carley Shimkus  0:00

Proactiv is the situation in Chernobyl. First of all you have Ukrainian staff who are hostages have been hostages for the past two weeks working at gunpoint and the power has been cut off. So now there's some concern over a radioactive leak. And now like Todd said, Ukrainian intelligence is warning Putin is planning a man made catastrophe at Chernobyl, which he will then blame on the Ukrainians. What do you make of this situation?

Jeremy Hunt  0:29

Yeah, it's a complete mess. We were just the whole world is witnessing just the complete ruthlessness coming out of out of out of kind of evil tactics here and was one of the reasons now in light of this kind of stuff the police trying to pull in short oval. This is why it's so important that we help continue to arm Ukraine and give them not only the anti tank, missiles and the anti aircraft, aircraft themselves on Mad Max, but also give them the humanitarian tools that they need to kind of as a civilian, kind of civilian centers become more kind of center of attack for from. We have to make sure that we're giving them the humanitarian tools that Ukraine needs to protect themselves, and to help their people in this complete

Todd Piro  1:15

crisis. The Intel says that Putin's forces would take the bodies of dead Ukrainian soldiers and pose them as saboteurs to accomplish the goal that Carly said basically a pretext for what matters to a nuclear holocaust to an extent plus, let's not forget about the potential to use chemical weapons as well. Jeremy, is Joe Biden prepared to meet that moment?

Jeremy Hunt  1:41

No, I mean, we what we do know is that Biden does not have much of a plan at all to kind of combat it and see what happens and this continues to try to escalate this fight. But But look at where we are right now. We are watching just the look of pure evil has done to this country is pure evil. And but what Ukraine has done in terms of standing up for their country defending the homeland. It is an absolute inspiration. I mean, as someone who is so good to trade, I had the honor of working with the Ukrainian Armed Forces. We were training them on NATO doctrines back in 2016. And even back then I could see the result I mean, we completely underestimated to thirst for freedom, the training people have. And so that's why that's why we have to stand up and give them the resources that they need to protect themselves, because they are literally fighting for their homeland. And I'm just so proud of that. I still have friends over there right now who are a little bit fighting for the laws. I get updates every now and then those should be messages when they can. And I just anybody who wants to hear more about that or my experiences in Ukraine, you can go to hunt for georgia.com I will get volunteer really closely, because people there are fighting for liberty, and we're in the face of pure evil. Yeah, Germany.

Carley Shimkus  2:57

In Germany, rather, you mentioned giving Ukrainians the resources they need to protect themselves. And on that front, President Biden yesterday spoke about his reluctance to give Ukrainians the MiG 29 fighter jets. And he said the idea that we're going to send offensive equipment planes trains, tanks, with American pilots and American crews. Just understand that is called World war three. But Jeremy my understanding of the situation is it wouldn't be American pilots flying these planes, it would be Ukrainian pilots picking them up. In Germany, and then flying them into Ukraine.


Jeremy Hunt  3:38

Yeah, I mean, really have to kind of explore the options there. There are ways to get them supplies without actually putting American troops in harm's way and actually putting them on the ground there. There are ways that we can actually get them the tools that Ukraine needs to defend themselves. And that's ultimately what they're asking for. They're saying look, just give us a shot and give us the supplies that you have helped us to defend ourselves. And so they're, they're kind of creative solutions that we can go to. They do not have to escalate those troops in harm's way. But unfortunately, what we're seeing on the White House is just a failure to plan and this is just par for the course of the Biden White House. You saw this back in the Afghanistan debacle and unfortunately, we're watching this unfold in Ukraine as well.


Todd Piro  4:20

Jeremy the Iran nuclear talks are screeching to a halt amid new Russian demands. Shocker that using Vladimir Putin as an intermediary is not working out. Shocker of all shockers, look, the Russians want sanctions immunity, you know, the sanctions that we're putting on Russia for the situation in Ukraine. They want immunity from them. And it turns out even Democrats are united with Republicans against the President with regard to this Iran nuclear deal. How much of a self imposed disaster is this for Joe Biden?


Jeremy Hunt  4:56

We all remember even in the Biden and Obama administration, how big of a mess this was right and how we just piles of cash over to Iran in exchange for nothing right. And then what happened was Rhonda continued to escalate their own nuclear and to continue to promote and develop their own nuclear program and then an increasing pace. We have no way to kind of check to make sure that we believe we're not violating their Terms of the deal. Well, now, with this, this new Iran deal, this is just this is the this is the mess of the Obama era, that times two, it's even worse now. Because it doesn't even rectify the issues of the past. And now that Biden is trying to send even more cash there and of course, as we've seen, Russia can smell weakness on behalf of some of our so called negotiators over there. So now they're trying to build for themselves by weakening on seconds on them. And so when he

did have bipartisan support, saying that this is a bad deal, abandon this, you know, what's that? It's just it's a complete embarrassment on the world stage. And unfortunately, we're going to continue seeing more important just how big a mess this is. This new Iran deal, which unfortunately, is just down of the kind of ridiculousness of the previous deal in the Obama administration.

Carley Shimkus  6:11

I want to read a portion of a foxnews.com op ed it says Biden's new deal more dangerous than the original this bad deal on shackles Iran to not only continue its current export of terror, but enabled the regime to set up its atrocities both towards its own people and throughout the region. This deal is a farce and must be stopped so the situation Jeremy would be we would lift some sanctions on Iran at a time when they have enriched uranium at 60%, which is really close to weapons grade so they would be getting money. They have the ability. They're close to having the ability to create a nuclear weapon. What sort of assurances would we get in return?

Jeremy Hunt  6:55

That's the problem currently, and we get very few. We have no enforcement mechanisms to make sure that our the demands that we're making are actually being met. So what happens is that Iran they get they get their cash every time they get what they want. They need to try to pressure us to take some of the some of their horrible military off of our own terrorist watchlist. So they get what they want. What we get is no access actually ensure that they are not consumed to develop their nuclear capability that the things that they have in the past and so it is a lose lose for America and a win win for our adversaries abroad.

Todd Piro  7:34

That portion of the op ed you read coming from an Israeli obviously Israel in the crosshairs, very worried about their story. Jeremy Hunt a pleasure as always my friend Great to see you

Jeremy Hunt – May 24, 2022 – Stacy Abrams Embarrassing Comments

Fox & Friends – Brian Kilmeade

Brian Kilmeade   0:02

At the top of the hour another big feature of primary data kicking off in America with voters heading to the polls in five big states, including Georgia where newly redrawn congressional district aims in the balance. Our next guest is determined to turn the longtime blue district fret. And joining us now he's a familiar face, Georgia Congress, congressional candidate and he's a got a military background. Jeremy Hunt. Jeremy, welcome back.

Jeremy Hunt  0:26

Thank you. Great to be with you, Brian.

Brian Kilmeade   0:28

You confident you pretty confident looking at the polls that you got to get this nomination on the Republican side, right.

Jeremy Hunt  0:34

That's exactly right. We are just so excited. I mean, it's been amazing. Just an amount of tunneled been this release. I'm running in Georgia second congressional district, which includes Columbus, Rylan all the way out to make an Albany Thomasville. We even have a lot of rural areas down in Decatur County, Grady County and our district we are fighting to finally suck this district read for the first time in over 100 years. And it's been amazing. Just the outpouring of support that we've built all around the district. No one thought we would have come this far. But we have literally started a movement of people that are saying we are sick of the radical elitist, progressive agenda, ready for something new. So we're so excited and we're just getting started.

Brian Kilmeade   1:17

Sanford Bishop has been there forever. And so Democrats, it's been over 100 years since Republican won this district.

Jeremy Hunt  1:23

That's exactly right. Yeah. And the most recent Democratic incumbent right now has been in office for 30 years, literally, as long as I've been alive the year I was born, he was already in Congress. And what's

amazing is that now throughout the district, withdrawn, and after all the support and atmosphere right now, for the first time, our district is incredibly competitive or the most competitive scene in Georgia and one that competitive seats, the most competitive in the nation. This is one of those CISI that we have to be able to flip. If you want to take back the House. We already are up for the job. And I'm telling you people have just Secondly, especially in our rural areas, some folks can't even have a grocery store in another city. Some folks don't have Wi Fi in our district, and then this is 2022. And so many people in our rural areas have been so rad guy, and they're saying, Look, we know people who are willing to do that for us,

Brian Kilmeade   2:14

right, and there's some people that are running in that state that don't seem to like it too much. Including Stacey Abrams, listen to this

Stacey Abrams   2:23

conversation about PVR work for each other, each other. In the country, business will be the worst thing in the country to live.

Brian Kilmeade   2:37

So it's the worst state in the country to live.

Jeremy Hunt   2:42

It's amazing to me that you have someone running for governor who's supposed to be the ambassador of our state, and she's already criticizing and publicly shaming our state in a way like this. I think this it's so embarrassing to have someone like that, who's at the top of that ticket in our state. For us. I'm trying to have as a Republican running for Congress right now and as a next generation conservative, our message is very clear. We stand for our Georgia values. That's faith, family and community. Those are the values that make our state strong. That's what makes us the greatest state to live. And that's why we're going to defeat right Democratic agenda this November. We're asking everyone to get out.

Brian Kilmeade   3:23

Right. Mike Pompeo has given you his endorsement and Nancy Pelosi, putting millions of dollars into Bishop's coffers because of that concern about you. Good luck today getting the nomination and in the next quest to get the seat. Thank you. Thank you. Go get him Jeremy.

Transcribed by https://otter.ai

Brian Kilmeade – Jeremy Hunt – Stacey Abrams – Worst State

Brian Kilmeade   0:00

All right. And there's some people that are running in that state that don't seem to like it too much, including Stacey Abrams, listen to this.

Stacey Abrams   0:11

We have to have a conversation about PVR in the states and what we want for each other. Prior to hearing about being the best state in the country to do business, well, we are the worst state in the country to win.

Jeremy Hunt   0:25

So it's the worst state in the country to live. It's it's amazing to me that you have someone running for governor who's supposed to be the ambassador of our state, and she's already criticizing and publicly shaming our state in a way like this. I mean, I think this is it's so embarrassing to have someone like that, who's at the top of that, that have a ticket in our state. For us. I'm talking as a Republican running for Congress right now. And as a next generation conservative, our message is very clear. We stand for our Georgia values. That's faith, family and community. Those are the values that make our state strong. That's what makes us the greatest state to live. And that's why we're going to defeat right Democratic agenda this November. You guys are we're asking everyone to get out and vote.

Transcribed by https://otter.ai

**Jeremy Hunt - 2022-06-13 - React to Jamal Bowman**

**Fox & Friends First – Todd Piro**

Todd Piro  0:00

The progressive squad member Congressman Jamaal Bowman resorting to desperate claims like this to trash Republicans ahead of the midterms.

Jamal Bowman  0:09

We got to understand that this is a group that has been radicalized and have been pushing for violence and pushing for even civil war. So that is what's at stake right now in terms of this election. Our democracy is hanging by a thread and black and brown people. Our lives are in ballots if these people come back into power,

Todd Piro  0:32

Republican congressional candidate Jeremy Hunt joins me now Jeremy, literally every word he said there was a false how irresponsible is that kind of fear mongering

Jeremy Hunt  0:44

is completely irresponsible and it's reflective of a movement that has lost all momentum. Their movement is responded progressive movement is responsible for our $5 gallon gas pumps, where movement is responsible for the formula baby formula shortage. The movement is responsible for making us now dependent on foreign oil. Their movement is responsible for the rise in crime. So what all of these things have gone completely awry in our country? All they can do is throw in the race car once again, and say this whole war on the verge of a civil war trying to stir up all types of unrest. And let's be clear, when you say stuff like that it actually have everything working out real ramifications. We saw this the kind of irresponsible rhetoric, talking about our Supreme Court justices, and then of course, where they've now arrested the rest of someone who was on their way to try to assassinate justice Cavanaugh. And so we see this all the time, Democrats are getting desperate and they start throwing around racial as I'm trying to stop racial unrest. But guess what communities around the United States are not buying it. You go to art good art community here in southwestern Middle Georgia. No one is listening to Jamaal Bowman or the progressive left anymore because we've seen the results of what happens when they're in charge.

Todd Piro  2:02

How do black Republicans and Republicans in general counter this false narrative that Bowman and so many on the progressive left are trying to spin?


Jeremy Hunt  2:12

We counter that by getting results. So even in my race we've been doing is going around talking about the issues. We say we can listen to. We say we talk to voters I love you can sit and listen to MSNBC and CNN does it make up stuff about our country and spread lies? Or we can look at what's actually happened to our communities. We can talk about how crimes and all time high and our families in our district are being terrorized by crime. And none of that has to do with what with what was well Fox News or said Republicans who say that has to do with with our police force not being adequately funded, because the progressive movement toward everyone to defund the police and to whatever, embolden criminals around the country. So when you have families that are living with the results of progressive rhetoric, we had to do as conservatives just show up and say, Listen, we are the movement that guarantees freedom. We have a movement that secures our streets. We are the movement that makes sure that every family in this district is protected. And that's been the message that has really led to our success.


Todd Piro  3:14

You mentioned your race, Georgia residents headed back to the polls on June 21. That's next Tuesday for run offs in three Georgia congressional races. Jeremy, your name is on the ballot again in one of them. Let's put yours up on the screen. Looks like you have a pretty sizable lead right now. Over Chris West 37 to 30. Obviously now Utah in a runoff. What's the state of this primary? You're going to win this thing?


Jeremy Hunt  3:40

Absolutely. We are so fired up as we're going around the district. I'm the only candidate that's visited all three counties in our district and and that and that's really what has led to our success. We've actually ended up having eight sheriffs that have gotten behind me and endorsed me. And I'm talking about not just endorsing me or my primary opponent, but even over Sanford Bishop, the Democratic incumbent shares coming out and saying, We've previously been with with what Bishop saying, Well, we're done. We need a candidate who's actually going to fight for law enforcement. We need a candidate who's actually going to help us with the movement and make me being able to raise the wage for police officers. We've also been on the support of our farmers. We've been highlighted how our farmers have been disproportionately impacted by Joe Biden's economy. We want to look at what happens when it comes to foreign oil. Well, our diesel prices have gone skyrocketing up. If you look at what happened to our fertilizer prices are now four times as much this year as they were this time last year. That's what happens in Joe Biden's economy. It's actually when all those input prices rises. Realize what ends up happening is they're not making as much money on the crops. And so it's led to some serious issues across our district. And I'm thankful that I've gotten the support of the major farmers in our district of

the sheriff's and all those the grassroots folks around or around our area. And so I'm excited where it's asking everyone early voting starts tomorrow and I asked everyone to go to my website Jeremy for ga.com. If you can check it always gets 50 bucks. That helps

Todd Piro  5:12

me on always get to that plug in. Jeremy, our friend we appreciate it. Good luck. check back in with this

Transcribed by https://otter.ai

# EXHIBIT 4



WWW.JOHNSONCONGRESS.COM

WAYNE JOHNSON FOR CONGRESS, INC
P.O. BOX 4965
MACON, GA 31208
(478) 887-3749

*Ms. Irena Briganti*
*Senior Executive Vice President,*
*Corporate Communications*
*Fox News Media*
*1211 Avenue of the Americas*
*New York, NY 10036*

*Delivered by FedEx and Email*

*Ms. Suzanne Scott*
*Chief Executive Officer*
*Fox News Media*

*And All Other Members of The Executive Team of Fox News and Fox Corporation.*
*And Producers and Hosting Talent For "Fox and Friends" and for "Kudlow"*

February 17, 2022

Dear Ms. Briganti,

In your capacity as the Senior Executive for Corporate Communications as identified on the Fox corporate website, I hereby request that you make certain that this letter is delivered in an expedited manner to the appropriate Corporate Executives and Producers at Fox, to specifically include Ms. Suzanne Scott, Chief Executive Officer of Fox News Media and to Mr. Jeff Taylor, EVP and General Counsel for Fox Corporation.

For the record, I am Dr. Arthur Wayne Johnson, a declared and FEC registered candidate for the United States Congress for the Georgia 2nd Congressional District in this 2022 election cycle. I have been registered as a candidate for Congress with the Federal Election Commission since December 14, 2021.

The purpose of this letter is to insist upon equal airtime and similar interview format presentment, during prime-time slots, for me as a Republican candidate for the U.S. House of Representatives from Georgia's 2nd U.S. Congressional District, in this 2022 election cycle, as established by Federal law and Federal Communications Commission regulations.

My specific request is that I take part in six interview sessions, similar in nature to that which has been afforded by the Fox media organization since January 13, 2022, to another candidate for this same congressional seat. I request that this equal airtime and interview style presentment be afforded over a period of three weeks, starting on Monday

-1-

February 28, 2022, on identical programming as was afforded to another candidate. Moreover, if additional airtime continues to be afforded to the other, or even another candidate for the same office for which I am a candidate, then I will expect additional commensurate airtime.

On multiple occasions, the Fox media organization and its program hosting talent have openly and actively promoted, in an apparent orchestrated fashion between respective Fox media programming assets, Mr. Jeremy Hunt as a candidate for the U.S. House of Representatives from Georgia's 2nd District.

The programming presentations on Fox which include Mr. Hunt have intensely identified and advanced him as a candidate for Georgia's 2nd congressional seat and even gone so far as to endorse him for this seat and allow him to make direct and open requests for viewers to go to his fund-raising websites.

Mr. Hunt has also made it a practice to send tweets out on Twitter with date and time of his upcoming appearance. Recently he specifically stated by tweet that he would be on a specific program to "chat with Larry Kudlow about our campaign here in Southwest Georgia." Clearly, the overriding reason for Hunt's appearance on this program with Mr. Kudlow was to promote his candidacy. Just yesterday, February 16, Hunt tweeted that he was about to be on "@FoxNews with my friend @kilmeade" which certainly indicates a "coziness" and personal familiarity with Brian Kilmeade.

In both the "Kudlow" segment and during yesterday's "Kilmeade" segment, and after being presented as a candidate for congress, Hunt makes open appeals for viewers to go to his fund-raising website. This direction by Hunt to his candidate website has occurred during each of six segment appearances that Hunt has had since his announcement of candidacy on Fox on January 13.

During his appearances in each Fox segment, Mr. Hunt is introduced by the Fox hosting talent as a candidate for the United States Congress for Georgia's 2nd District. Constant "scrolling" across the screen also reinforces this introduction. Mr. Hunt is then encouraged by the program host to discuss his candidacy, and as was stated before, is also allowed to make an appeal for viewers to go to a campaign website. The website redirects to a fundraising platform with an appeal and instructions on how to donate to Hunt's campaign. Mr. Hunt recently celebrated by tweet as to the apparent effectiveness of these fund-raising announcements being made by him during the Fox segments.

What is transpiring looks very much like Fox media sponsored "Jeremy Hunt for Congress, Georgia" infomercials. This is by any normal standard unfair to me and other candidates and may in fact be determined to be unlawful campaign contributions by Fox as a corporation, and even by the Hosting Talent of Fox. It may also be determined to be unlawful acceptance of campaign contributions by Hunt and the Hunt Congressional Campaign.

This situation of what appears to be manufactured reasons for an apparent "infomercial" type segment in support of Hunt may be determined to be seriously egregious upon examination of the lack of Hunt's real qualifications to even be speaking to the purported subject of the respective segments. My opinion, and from commentary I have heard from others, is that the basic facts are that Hunt's background and experience for any type of authoritative commentary and input is very, very limited — and it is highly perplexing as to why an organization such as Fox media would be clearly engaging in "hyping up" Hunt's background; if not for any other reason than to propagandize Hunt's candidacy for congress.

Your attention is directed to these six segments of Fox which support the aspects of this letter.

- On January 13, 2022, during Fox and Friends, an entire segment of more than four minutes was focused on Hunt's campaign and his announcement of his candidacy for the Georgia 2nd District congressional seat. It was very apparent this was planned and set up in advance by Fox, since Fox played part of Hunt's campaign video and even allowed Mr. Hunt to ask viewers to go to his website with this statement "I can't do this alone, I need your support. If you would just log on to JeremyforGeorgia.com and chip in a few bucks, it would mean the world to us." At the site, viewers were presented with a direct appeal to donate to his campaign.

- On January 24, 2022, during Fox and Friends, Mr. Hunt was on for more than four minutes for a discussion of events in the Ukraine. At one point during this episode, the screen displayed, "Jeremy Hunt (R-GA) U.S. Congressional Candidate," and Mr. Hunt also presented himself as such, along with endorsement by the hosting talent.

- On February 7, 2022, during Fox and Friends, Mr. Hunt was on for more than three minutes to discuss Stacy Abrams not wearing a mask at a school event and the status of the U.S. Military. Once again, the screen displayed "Jeremy Hunt (R-GA) U.S. Congressional Candidate." During this segment, Mr. Hunt discussed his candidacy and made a direct appeal to viewers to go to his website, "If you want to join me, you can go to HuntforGeorgia.com, join us and let's make a difference."

- On February 9, 2022, during the Kudlow show on Fox Business news, Mr. Hunt was on for more than five minutes with Larry Kudlow on a segment, ostensibly for Black History Month. The segment opened with the screen displaying, "Georgia Congressional Candidate Jeremy Hunt Vows to Preserve the American Dream, Put America First." Mr. Kudlow introduced Mr. Hunt with, "Joining me now is Jeremy Hunt, a candidate for Georgia's second congressional district." Mr. Hunt talked about his congressional race and why he was running. The screen later displayed, "Jeremy Hunt Georgia Congressional Candidate (R) Going Back to an 'America First' Approach." Mr. Kudlow remarked, "It's a terrific message, Jeremy.

I hope you do fabulously well in your race." Mr. Hunt made another direct appeal, "I would love for you to join us, if you would go to HuntforGeorgia.com, H U N T for Georgia.com and join us. We're going to fight back and we're going to save our country." It should also be noted that Hunt sent out a Tweet the day before this segment with Larry Kudlow on Fox Business announcing that they (he and Kudlow) would be "chatting about our campaign here in Southwest Georgia", clearly the real reason for the airtime on Kudlow, not the Black History conversation.

- On February 12, 2022, during Fox and Friends Weekend, Mr. Hunt was on for more than five minutes and was introduced as, "Jeremy Hunt U.S. Congressional candidate, West Point graduate." Once again, the screen rotated through titles to: "Jeremy Hunt (R-GA) U.S. Congressional Candidate." Mr. Hunt again discussed his candidacy, with encouragement by the Fox hosting talent, and made a direct appeal to viewers with the statement, "One of the reasons I am running for congress is to turn the tide and ask the tough questions and have some hearings in Congress to see what's going on. Please feel free to join us by going to HuntforGeorgia.com because we are going to get some answers for this." As Mr. Hunt was making his appeal, the screen rotated to the title, "Jeremy Hunt (R-GA) US Congressional Candidate."

- On February 16, 2022, during Fox and Friends, Mr. Hunt was on for more than four minutes. He was again introduced as congressional candidate, Jeremy Hunt. The screen rotated through titles to "Jeremy Hunt (R-GA) U.S. Congressional Candidate." The headline on the Fox News web site reads, "Congressional candidate Jeremy Hunt says Biden has 'weakened our military' amid Russia-Ukraine conflict." Hunt again made a direct appeal, "I'd love for you to join us at HuntforGeorgia.com" After his appeal, the host referred to him as, "Congressman Hunt."

Thus, it is a fact that, Mr. Hunt has been promoted by Fox for more than twenty-four minutes over at least six segments since January 13, 2022. Most interesting and of significant importance is that all this airtime was delivered with the appearance of full endorsement of his candidacy by multiple members of Fox media hosting talent. Consequently, it gives the appearance that Fox media is playing a highly active, significantly coordinated promotional role for the "Jeremy Hunt for Congress" campaign.

Again, I do hereby set forth that I believe that equal airtime and equal programming inclusion of me as also a candidate for the same congressional seat as that being pursued by both me and Mr. Hunt is warranted under Federal law and regulations.

If this equal airtime and program format inclusion which I have requested is not provided, then it may be determined that Fox media has undertaken to make a significant level of "in-kind contribution" to the Jeremy Hunt Congressional campaign. By law, Mr. Hunt must reject this in-kind contribution as an unlawful contribution by a corporation and most probably would be considered as value received for which the Hunt campaign should be

required to pay. My campaign experts have determined that the monetary value of the airtime which has been enjoyed by Hunt to date is estimated to be more than $500,000 using Fox's national advertising rates. Needless to say, the monetary value of the programming positioning by Fox and endorsements by trusted Fox media talent is of additional significant value.

I am not naive. I do anticipate that the Fox media organization will attempt to dispute this request under exceptions to the "Equal Airtime" regulations. However, I firmly stand with the conviction that what Fox media has done to date by aggressively and actively promoting a specific candidate "hand-picked" by Fox media and political personalities associated with Fox media is subject to legal and election process fairness issues. Of equal importance, the blatant promotion of Mr. Hunt's campaign speaks to possible integrity issues for Fox. Fox media can remedy the legal, election fairness and integrity issues associated with this situation by affording the equal airtime and equal program formatting inclusion that I have hereby requested.

For background information, I am a military veteran, an Army Officer who served with Norman Schwarzkopf and with General Colin Powell. I served in the Trump administration as a senior executive within the U.S. Department of Education. I have a PhD in Higher Education Leadership and am a leading expert on the Federal Student Loan Program and problems related to the program. I also have extensive experience and a background in consumer credit card banking and finance, having worked with Visa, world leading payment processing companies, and as CEO of domestic U.S. and international banks. I was a senior globally recognized bank consulting partner with Deloitte.

I have worked throughout Europe, Africa, South and Central America on Economic development issues and opportunities. I witnessed first-hand in Argentina as a bank president what happens when a country defaults on its national debt. I was also working in Venezuela when Chavez came to power and I witnessed first-hand how a social welfare political agenda was used to take over the government of Venezuela, throw out the constitution, dissolve the congress, and turn the country into a nation controlled by an autocrat.

I have been a guest on Fox and other national media programs in the past, including a segment with Tucker Carlson. I am confident that I have a range of expertise that could be of value to your programming line-up, and that interview time with me could be of interest to your viewers. Most assuredly interview time with me regarding the abomination of our Federal Student Loan Program and its pending $2 trillion negative impact on the American taxpayer should warrant some attention.

While the above background summary should provide you with content and editorial justification to include me as a guest, the real issue at hand is equal air time and equal program formatting to match up with the congressional candidacy promotion that was afforded to another candidate for the same Federal office.

In conclusion, I look forward to hearing from you or another member of your executive leadership team by 5 p.m., Wednesday February 23, 2022. As you can appreciate, given that we are in the primary election cycle, time is of the essence.

The citizens of Georgia's 2nd U.S. Congressional District have the legal right, and most importantly, the appropriateness right delivered by fair media, to know the candidate alternatives that could possibly represent them in the United States Congress.


My contact information is as follows:

Wayne@JohnsonCongress.com

By telephone at: 229-280-3285

Sincerely,

Dr. Arthur Wayne Johnson
Candidate For The 2nd U.S. Congressional District of Georgia.


Cc: Ms. Suzanne Scott, CEO Fox News Media
    Mr. John P. Nallen, Chief Operating Officer, Fox Corporation
    Mr. Jeff Taylor, EVP & General Counsel, Fox Corporation
    Federal Communications Commission
    Federal Election Commission

# EXHIBIT 5



WAYNE JOHNSON FOR CONGRESS, INC
P.O. BOX 4965, MACON, GA 31208
478.739.4196

Irena Briganti                                          *Delivered by FedEx and Email*
Senior Executive Vice President, Corporate Communications
1211 Avenue of the Americas
New York, NY 10036

Ms. Suzanne Scott
Chief Executive Officer
Fox News Media

And All Other Members of The Executive Team of Fox News and Fox Corporation. And Producers and Hosting Talent For "Fox and Friends," "Kudlow" and "Jesse Watters Primetime."

May 11, 2022

Dear Ms. Briganti:

I am compelled to write to you and your executive colleagues once again for the purpose of immediately requesting equal airtime as a candidate for the U.S. Congress from Georgia's 2nd Congressional District. Please see my earlier letter of February 12, 2022.

In addition to this request for equal airtime, I once again must register my complaint that Fox News is, in essence, providing a corporate contribution — an in-kind contribution — to the political campaign of Mr. Jeremy Hunt. The Fox News organization has once again orchestrated and allowed Mr. Jeremy Hunt, a person identified by Fox as being a Fox commentator and someone Fox knows to be a political candidate in Georgia's 2nd District, to use time on air to unabashedly promote his candidacy and to go so far, again, as to refer people to his campaign website — in essence using this airtime for fundraising purposes since his fundraising site is where people land when they follow his on air instructions.

During the interview aired on Jesse Waters Primetime on Friday, May 6, it is clearly apparent that the segment featuring Mr. Hunt and Ms. Carol Swain was orchestrated for the purpose of providing Mr. Hunt free airtime to talk about his campaign for Congress in Georgia. Moreover, Mr. Hunt continued to follow his previous practice of making an early

announcement on Twitter that he would be on Fox with "my friend Pete Hegseth," once again a demonstration of a cozy relationship with Fox hosting talent.

During his part of the interview, Mr. Hunt repeatedly made references to his congressional race and specifically targeted his comments in a way that included mentions of towns in the 2nd District of Georgia. It was blatant and obviously scripted by Mr. Hunt, who closed with a strong push to his campaign fund raising website.

Interestingly, his website has no content on it relating to the subject matter of the interview. We believe that a review of the correspondence between Mr. Hunt and Fox producers and Fox hosting talent will show that this Fox program segment was pitched, scripted and staged by Mr. Hunt, with the program hosting talent being fully complicit in this undertaking to use Fox News program assets for the promotion of Mr. Hunt's political campaign.

If Fox News really wanted to have a voice of authority about Blacks and Latinos feeling obligated to vote for Democrats, then Fox should have included Ms. Vivian Childs, a Black woman who is also a candidate for Georgia's 2nd District. Unlike Mr. Hunt, Ms. Childs has lived a significant portion of her life in the 2nd District and has proven herself to be a strong example of a Black person being Republican. In fact, Ms. Childs has been recognized for her stance and pioneering work in this area by President Trump, personally both on the stage in Georgia with President Trump and as his guest at The White House. Ms. Childs has been doing this for more years than Mr. Hunt has been alive and has been a Republican candidate for congressional office twice before. Ms. Childs is an authentic Black Republican leader and champion for helping Blacks and Latinos appreciate the Republican Party as a better choice for them over the Democrat Party.

On behalf of myself and the other candidates who are running for congress in Georgia's 2nd Congressional District and who are complying with Federal Election law and FCC regulations, I once again must insist that Fox News, its various programs and hosting talent refrain from unlawfully benefiting Mr. Hunt and cooperatively breaking Federal campaign finance laws.

The people who produce and manage shows on Fox News know full well that what they were doing was neither ethical nor professional. Perhaps their attitude, and the position of Fox News management is to see if they can just "get away with it."

As I stated in my previous letter to you and which I now reiterate, the citizens of Georgia's 2nd Congressional District have the legal right and, more importantly, the fairness right to have information delivered by fair, unbiased media that presents alternative candidates that could represent them in the United States Congress.

So, in conclusion, please refrain from making corporate in-kind contributions to Mr Hunt's campaign, and please have your producers and hosting talent refrain from allowing Mr, Hunt to have a "run of show" on various Fox News programs. Furthermore, I re-state my request equal airtime, equal program slotting and equal program format structure as that which was afforded to Mr. Hunt.

As to a discussion topic for which I could meaningfully contribute to your programming, I suggest you may wish to interview me relating to the Federal student loan crises since I am a recognized authority on this subject. Tucker Carlson interviewed me three years ago when I left the Department of Education, and he said I knew more about the student loan program than anybody in America. My doctoral research was in this field and I also served as the Chief Operating Officer of the Office of Federal Student Aid in the Trump Administration.

My contact information is as follows:
Wayne@JohnsonCongress.com
By telephone at: 478-887-3807

Sincerely,


Dr. Arthur Wayne Johnson
Candidate for The 2nd Congressional District of Georgia.

Cc:  President and Other Executives of Fox
       President General Legal Counsel for Fox
       Producers for "Fox and Friends"
       Producers for "Kudlow"
       Producers for "Jesse Watters Primetime"
       Federal Communications Commission
       Federal Election Commission
       Members of the Board of Directors of Fox

# EXHIBIT 6

Case 4:22-cv-00118-CDL    Document 1-1    Filed 07/29/22    Page 88 of 149

 ad

**WEATHER ALERT**

Heat Advisory: Barbour County, Bullock County, Chambers County, Chattahoochee County, Chattahoochee County, Clay County, Clay County, Harris County, … >



**GEORGIA**

# Exclusive: 2nd Congressional District candidates claim Fox News tipping the scale in favor of Jeremy Hunt

by: Chuck Williams
Posted: Jun 15, 2022 / 01:28 PM EDT
Updated: Jun 16, 2022 / 12:21 PM EDT

**SHARE**    …

COLUMBUS, Ga. (WRBL) — As Tuesday's runoff election in the 2nd Congressional District Republican primary approaches, one candidate and another who was defeated last month allege that Fox News is trying to determine the outcome of the Georgia runoff primary.



Jeremy Hunt was the leading vote-getter in the May Republican primary and has made 15 appearances on Fox programming since Jan. 13, while his opponents have basically been shut out by the network.

> **MORE INFORMATION: Hunt's appearances on Fox programming can be viewed here** ›

Thomasville attorney Chris West is facing Hunt in the June 21 runoff.

"They have not invited me to come on Fox News," West told News 3 this week. "From someone who's from here, announced their candidacy in Thomasville, now we find ourselves in a runoff in a very close race that a lot of people are paying attention to. And yet Fox News … it looks like they are, some might say, trying to put their finger on the scale."

Macon businessman Wayne Johnson finished third in the six-person primary and failed to make the runoff. He claims that Fox News is trying to tip the scales.

"It is not their fingers on the scales," Johnson said. "They put a dump truck on the scale."

Hunt declined to comment to News 3 for this story. News 3 attempted to get Hunt to comment on his relationship with Fox News via text and an on-camera interview. Specific questions about that relationship were sent via text to Hunt and a campaign associate. Neither responded to those questions.

A Fox News spokeswoman, Alexandra Coscia, responded to News 3 by email, saying that Fox News confirmed that Jeremy Hunt was not paid for any appearances on the network and appeared in the capacity of a guest.

"We are declining to comment on your additional questions," Coscia said.

6/16/22, 3:14 PM    Exclusive: 2nd Congressional District candidates claim Fox News 'tipping the scale' in favor of Jeremy Hunt | WRBL

Case 4:22-cv-00182-CDL   Document 1-1   Filed 07/28/22   Page 90 of 149

Hunt, 28, is a graduate of the U.S. Military Academy at West Point. He served five years in the Army, attaining the rank of captain.

After his military career, he enrolled in Yale University Law School. Hunt said during a debate this month that he just completed his second year at Yale, doing his work online.

Hunt announced his candidacy in January, changed his voting registration from Fulton County to Muscogee County in February, according to Muscogee County elections records, and qualified in March.

The winner of the Republican primary runoff will face entrenched Democratic Rep. Sanford Bishop, who has held the seat for three decades.

After watching Hunt appear six times on Fox News as a candidate for the 2nd Congressional seat, Johnson complained to the network and its executives CEO Suzanne Scott and Senior Executive vice president Irena Briganti in a letter dated Feb. 17.





*And Producers and Hosting Talent For "Fox and Friends" and for "Kudlow"*

February 17, 2022

Dear Ms. Briganti,

In your capacity as the Senior Executive for Corporate Communications as identified on the Fox corporate website, I hereby request that you make certain that this letter is delivered in an expedited manner to the appropriate Corporate Executives and Producers at Fox, to specifically include Ms. Suzanne Scott, Chief Executive Officer of Fox News Media and to Mr. Jeff Taylor, EVP and General Counsel for Fox Corporation.

For the record, I am Dr. Arthur Wayne Johnson, a declared and FEC registered candidate for the United States Congress for the Georgia 2nd Congressional District in this 2022 election cycle. I have been registered as a candidate for Congress with the Federal Election Commission since December 14, 2021.

The purpose of this letter is to insist upon equal airtime and similar interview format presentment, during prime-time slots, for me as a Republican candidate for the U.S. House of Representatives from Georgia's 2nd U.S. Congressional District, in this 2022 election cycle, as established by Federal law and Federal Communications Commission regulations.

My specific request is that I take part in six interview sessions, similar in nature to that which has been afforded by the Fox media organization since January 13, 2022, to another candidate for this same congressional seat. I request that this equal airtime and interview style presentment be afforded over a period of three weeks, starting on Monday

-1-

Document    ◀   1   of 6 ▶    + | −   100%   ⛶

He claimed the network was promoting Hunt for the seat.

"On multiple occasions, the Fox media organization and its program hosting talent have openly and actively promoted, in an apparent orchestrated fashion between respective Fox media programming assets, Mr. Jeremy Hunt as a candidate for the U.S. House of Representatives from Georgia's 2nd District," Johnson wrote to the Fox News executives.

The attempt to push Hunt was blatant and gave Hunt an advantage, Johnson claims.

"The programming presentations on Fox which include Mr. Hunt have intensely identified and advanced him as a candidate for Georgia's 2nd congressional seat and even gone so far as to endorse him for this seat and allow him to make direct and open requests for viewers to go to his fund-raising websites," Johnson wrote in the Feb. 17 letter.

After his complaint, Johnson appeared four days later briefly on Fox & Friends. That was his only appearance before the May 24 election. No other 2nd Congressional District candidate has been on the network during this race.

Two weeks before that election on May 11, Johnson registered another complaint in a letter to Scott, the CEO.

wayne-johnson-for-congress-fox letter-20220511



**WAYNE JOHNSON**
U.S. CONGRESS
WWW.JOHNSONCONGRESS.COM

WAYNE JOHNSON FOR CONGRESS, INC
P.O. BOX 4965, MACON, GA 31208
478.739.4196

Irena Briganti                                    *Delivered by FedEx and Email*
Senior Executive Vice President, Corporate Communications
1211 Avenue of the Americas
New York, NY 10036

Ms. Suzanne Scott
Chief Executive Officer
Fox News Media

And All Other Members of The Executive Team of Fox News and Fox Corporation, And Producers and Hosting Talent For "Fox and Friends," "Kudlow" and "Jesse Watters Primetime."

May 11, 2022

Dear Ms. Briganti:

I am compelled to write to you and your executive colleagues once again for the purpose of immediately requesting equal airtime as a candidate for the U.S. Congress from Georgia's 2nd Congressional District. Please see my earlier letter of February 12, 2022.

In addition to this request for equal airtime, I once again must register my complaint that Fox News is, in essence, providing a corporate contribution — an in-kind contribution — to the political campaign of Mr. Jeremy Hunt. The Fox News organization has once again orchestrated and allowed Mr. Jeremy Hunt, a person identified by Fox as being a Fox commentator and someone Fox knows to be a political candidate in Georgia's 2nd District, to use time on air to unabashedly promote his candidacy and to go so far, again, as to refer people to his campaign website — in essence using this airtime for fundraising purposes since his fundraising site is where people land when they follow his



on air instructions.

During the interview aired on Jesse Waters Primetime on Friday, May 6, it is clearly apparent that the segment featuring Mr. Hunt and Ms. Carol Swain was orchestrated for the purpose of providing Mr. Hunt free airtime to talk about his campaign for Congress in Georgia. Moreover, Mr. Hunt continued to follow his previous practice of making an early

Document | 1 of 3 | + | − | 100%

In his letter, Johnson alleged that the news organization was in violation of federal campaign finance laws, claiming the airtime to Hunt was a political contribution. He also claimed that Fox was in violation of the Federal Communications Commission equal-airtime regulations.

"On behalf of myself and the other candidates who are running for congress in Georgia's 2nd Congressional District and who are complying with Federal Election law and FCC regulations, I once again must insist that Fox News, its various programs, and hosting talent refrain from unlawfully benefiting Mr. Hunt and cooperatively breaking Federal campaign finance laws," Johnson wrote to the Fox News CEO.

Hunt continued to appear on the network despite Johnson's objections.

"One was on election morning where Jeremy Hunt was front and center saying, 'I am running for Congress, come out and vote for me," Johnson told News 3.

West was scheduled to be on Fox News in early March, but that appearance was canceled.

"I am so sorry, but unfortunately, we are going to have to reschedule due to breaking news in Russia and Ukraine," Fox News employee Nicole Croteau wrote in a March 2 email to the West campaign. "I am very sorry about this and appreciate your understanding. We will be in touch."

Stephen Lawson, a Republican campaign consultant working with West responded, "Ok—can we follow up next week? Just want to make sure we get him on sooner than later since this is an equal air time thing with Jeremy Hunt … "

In late April and then again in early May, Lawson circled back and got no response from the network.

In his first letter to Fox News, Johnson noted a pattern in Hunt's appearances.

"Mr. Hunt has also made it a practice to send tweets out on Twitter with date and time of his upcoming appearance," Johnson wrote. "Recently he specifically stated by tweet that he would be on a specific program to 'chat with Larry Kudlow about our campaign here in Southwest Georgia.'"

That segment on Feb. 9 started as a conversation about Black History month and ended with Hunt making a campaign pitch.

That is a problem, Johnson says.

"Clearly, the overriding reason for Hunt's appearance on this program with Mr. Kudlow was to promote his candidacy," Johnson pointed out to Fox executives. "Just yesterday, February 16, Hunt tweeted that he was about to be on '@FoxNews with my friend @kilmeade' which certainly indicates a 'coziness' and personal familiarity with Brian Kilmeade."

In that first letter to Fox, Johnson went as far as to call the network's coverage of Hunt an "infomercial."

"What is transpiring looks very much like Fox media sponsored "Jeremy Hunt for Congress, Georgia" infomercials," he wrote. "This is by any normal standard unfair to me and other candidates and may in fact be determined to be unlawful campaign contributions by Fox as a corporation, and even by the Hosting Talent of Fox. It may also be determined to be unlawful acceptance of campaign contributions by Hunt and the Hunt Congressional Campaign."

Johnson tells News 3 that this story is hard for someone who was not involved in the 2nd Congressional District race to understand.

"What has happened with the engagement of Fox in the support of Jeremy Hunt is actually unbelievable," Johnson said. "If I had not directly engaged in the campaign process and witnessed it front and center, I would not have believed it. But as a candidate when you are

Case 4:22-cv-00118-CDL    Document 1-1    Filed 07/28/22    Page 95 of 149

seeing repetitive appearances by one of your opponents on a major news outlet where they are being allowed to present themselves and openly solicit money, it gets your attention."

After the primary loss, Johnson endorsed West.

"Including his announcement for his Congressional candidacy on January 13, Jeremy Hunt has been on Fox for at least 15 segments," Johnson told News 3."The total airtime for these segments is more than 56 minutes. With Fox airtime going for $50,000 per minute this amounts to $2.8 million in free airtime for Jeremy Hunt."

And because of on-air endorsements, Johnson argues that value to Hunt increases.

"The actual value of this airtime when coupled with on-air endorsements and positioning of Hunt as a Congressional candidate expert is ' priceless,'" Johnson said. 'There is no way that me or Chris West or any of the other candidates could compete with this level of political propaganda."

Hunt started his relationship with Fox News in 2016, while still on active duty in the U.S. Army. He wrote a series of articles that were published on the Fox website.

One of his first appearances on Fox News was in 2020 when he talked about why as a black man he was not going to vote for Rev. Raphael Warnock, a black candidate who was running for the U.S. Senate in Georgia. Warnock won that race.

---

Copyright 2022 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## TOP STORIES ›



Case 4:22-cv-00118-CDL    Document 1-1    Filed 07/28/22    Page 96 of 149



### 'Blood everywhere': Details on Walgreens murder scene



### 1 in 4 AL voters won't support stricter gun laws



### POLL: Britt holds double-digit lead over Brooks



### Family killed in crash after birthday celebration



### Five-year-old saves family from house fire on 3rd …

**Top Stories  ›**

ad

## MORE STORIES ›


## Son sentenced to life for mother's murder


## 'Blood everywhere': Details on Walgreens murder scene


## Kardashian accused of ruining Marilyn Monroe dress


## 1 in 4 AL voters won't support stricter gun laws


## POLL: Britt holds double-digit lead over Brooks


## Family killed in crash after birthday celebration


## Five-year-old saves family from house fire on 3rd …


## China detects possible 'extraterrestrial civilizations'

**More Stories   ›**

ad



## RECENT COLUMBUS FORECAST UPDATES ›

   


**Rain chances lower but the heat continues**
7 Day Forecast    4 hours ago


**Weather Aware: Strong storms and oppressive heat**
7 Day Forecast    1 day ago


**Weather Aware Wednesday for strong to severe storms, …**
7 Day Forecast    2 days ago


**Heat Advisory through 8 PM/7 PM CDT**
Weather    2 days ago



**View All 7 Day Forecast  ›**

## WRBL Video



**New details released in connection to Walgreens…**
2 days ago

**Family killed in crash after birthday party**
15 hours ago

**15 children and 1 adult taken to hospital in…**
21 hours ago

**FAMILY HAZM**

**More Videos  ›**



| Current | Tonight | Tomorrow |
|---|---|---|
| **96°** | **74°** | **97°** |
| **Partly Cloudy** | **Partly Cloudy**<br>Precip: 15% | **Mostly Sunny**<br>Precip: 15% |

1   **Dump truck topples power lines causing outages in …**

2   **Miss Georgia Scholarship Competition: First night …**

3   **Five-year-old saves family from house fire on 3rd …**

4   **Women involved in 121mph chase with toddlers in car**

5   **Paralyzed woman dies in Phenix City house fire**

## WEATHER 3 DAY FORECAST

| Current | Tonight | Tomorrow |
| --- | --- | --- |
| **96°** | **74°** | **97°** |
| Partly Cloudy | Partly Cloudy<br>Precip: 15% | Mostly Sunny<br>Precip: 15% |

## DON'T MISS



**Son sentenced to life for mother's murder**

| 'Blood everywhere': Details on Walgreens murder scene

| Kardashian accused of ruining Marilyn Monroe dress

| 1 in 4 AL voters won't support stricter gun laws

| POLL: Britt holds double-digit lead over Brooks

ad

6/16/22, 3:14 PM

Case 4:22-cv-00118-CDL Congressional district candidates claim Fox news tipping the scale in favor of Jeremy Hunt | WRBL

Document 1-1    Filed 07/28/22    Page 101 of 149



Thu, Jun 16 @6:40pm

**Women's Book Study: Joey Hardie**

Thu, Jun 16 @7:00pm

**Miss Georgia - Preliminary Competition Night 2**

Fri, Jun 17 @7:00pm

**Columbus Lions**

Sat, Jun 18 @8:00am

**Fishers of Men: Keith Cathey**

Sun, Jun 19 @7:00pm

**Women's Book Study - "The Power of a Praying Wife"**

Sun, Jun 19 @7:00pm

**See All Events**    **Add Your Event**

6/16/22, 3:14 PM    Exclusive: 2nd Congressional District candidates claim Fox News tipping the scale in favor of Jeremy Hunt | WRBL

Case 4:22-cv-00118-CDL    Document 1-1    Filed 07/28/22    Page 102 of 149

# Tweets by @wrblnews3    ⓘ



**WRBL News 3** ✓
@wrblnews3

Chicago's top cop seeks officer's firing over mall arrest trib.al/IUOPT0y

**Chicago's top cop seeks of...**
CHICAGO (AP) — A Chicag...
wrbl.com

♡  ⊢→                                    27m

**WRBL News 3** ✓
@wrblnews3

Dump truck topples power lines causing outages in Auburn trib.al/ApMUdG8

**Dump truck topples power lines causin...**
AUBURN, Ala. (WRBL) — A dump truck ha...
wrbl.com

♡  ⊢→                                    1h

**WRBL News 3** ✓
@wrblnews3

Embed                                    View on Twitter





# News 3 On Your Side

**Follow Us**

**News App**

Download on the App Store

GET IT ON Google Play

**Weather App**

Download on the App Store

GET IT ON Google Play

Back to School

About Us

NewsNation Now

Contact WRBL

Advertise With Us

WRBL TV Schedule

FCC Children's Programming

Children's TV Report

WRBL: FCC Public File

Advertise With Us

Equal Employment Opportunity

WRBL Closed Captioning

Privacy Policy

Terms Of Use

Best Reviews

Do Not Sell My Personal Information

FCC Applications

Public File Assistance Contact

Subscribe To Push Notifications

© 1998 - 2022 Nexstar Media Inc. | All Rights Reserved.

## IN THE SUPERIOR COURT OF MUSCOGEE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| WAYNE JOHNSON FOR CONGRESS, INC. and WAYNE JOHNSON | * * * |
| Plaintiffs, | * * |
| vs. | * Civil Action No. * SU2022CV001403 |
| JEREMY C. HUNT, individually and d/b/a JEREMY FOR GEORGIA; FOX NEWS NETWORK, LLC and BRIAN M. KILMEADE, | * * * * * |
| Defendants. | * |

### ANSWER AND DEFENSES OF JEREMY C. HUNT AND JEREMY FOR GEORGIA TO PLAINTIFF'S COMPLAINT

COMES NOW JEREMY C. HUNT individually and d/b/a JEREMY FOR GEORGIA, ("Defendant Hunt"), a Defendant in the above-styled civil action, and, in response to the Complaint filed by Plaintiff, files this, his Answer and Defenses and shows the Court the following:

### FIRST DEFENSE

Plaintiff's Complaint, including each Count thereof, fails to state a cause of action against Defendant upon which relief can be granted.

### SECOND DEFENSE

Defendant shows that no action or omission on its part, nor any action or omission which is legally attributable to it, proximately caused or contributed to any injury or damages sustained

1

by Plaintiffs, and, therefore, Plaintiffs are not entitled to recover any sum from this, or any other, Defendant.

## THIRD DEFENSE

Any injuries or damages sustained by Plaintiffs were due to and caused by the negligence of someone other than this Defendant, and were not the result of any negligence on the part of this Defendant, and, therefore, Plaintiffs are not entitled to recover any sum from this Defendant.

## FOURTH DEFENSE

Defendants show that Plaintiffs suffered no injury or harm as a result of the conduct of any of the Defendants.

## FIFTH DEFENSE

Defendants show that Plaintiffs have not pled or sustained any special damages as a result of the conduct of the Defendants.

## SIXTH DEFENSE

Defendants deny that they are liable to Plaintiff in any matter whatsoever.

## SEVENTH DEFENSE

Defendants plead all affirmative defenses as set forth in Official Code of Georgia Annotated, Section 9-11-8(c) as if fully set forth herein.

2

## EIGHTH DEFENSE

At all times material hereto, one or more of the Defendants had the authority to undertake any and all of the at-issue actions.

## NINTH DEFENSE

Plaintiffs failed to properly plead his claims for fraud; therefore, Plaintiffs' claim for fraud should be dismissed.

## TENTH DEFENSE

Plaintiffs complaint is barred by Georgia's Anti-SLAPP statute.

## ELEVENTH DEFENSE

Defendant's speech is protected by the First Amendment of the Constitution of the United States of America.

## TWELFTH DEFENSE

This matter presents a federal question, and this matter should be removed to the United States District for the Middle District of Georgia.

## THIRTEENTH DEFENSE

Plaintiffs have failed to properly plead RICO counts.

## FOURTEENTH DEFENSE

Plaintiffs lack standing to assert the claims in Plaintiffs' complaint.

## FIFTEENTH DEFENSE

### (Responsive Pleadings)

Subject to all prior defenses and motions, Defendant responds to Plaintiffs' Complaint as follows:

1.

Defendant denies the allegations in Paragraph 1 of the Complaint.

2.

Defendant admits that he had contacts with Fox News during his campaign, but to the extent the allegations in Paragraph 2 of the Complaint allege Defendant controlled or materially affected Fox News's programming, such allegations are denied.

3.

The Defendant admits that the broadcasted interviews speak for themselves and denies all other allegations contained in Paragraph 3.

4

4.

The Defendant admits that the broadcasted interviews speak for themselves and denies all other allegations contained in Paragraph 4.

5.

Defendant admits that his campaign accounting records speak for themselves, and Defendant denies all other allegations in Paragraph 5 of the Complaint.

6.

Defendant denies the allegations in Paragraph 6 of the Complaint.

7.

The Defendant admits that the broadcasted interviews speak for themselves and denies all other allegations contained in Paragraph 7.

8.

Defendant denies the allegations in Paragraph 8 of the Complaint.

9.

Defendant denies the allegations in Paragraph 9 of the Complaint.

10.

The allegations in Paragraph 10 state a legal conclusion to which a response is not required. To the extent a response is required, Defendant is without sufficient knowledge to answer same.

11.

Defendant is without sufficient knowledge to answer the allegations in Paragraph 11.

12.

Defendant admits to being a resident of Muscogee County, but the remaining allegations in Paragraph 12 state a legal conclusion to which a response is not required. To the extent a response is required, Defendant denies the allegations. By way of further response, Defendant states that federal question jurisdiction is proper in United States District Court in the Middle District of Georgia.

13.

The allegations in Paragraph 13 state a legal conclusion to which a response is not required. To the extent a response is required, Defendant denies the allegations. By way of further response, Defendant states that federal question jurisdiction is proper in United States District Court in the Middle District of Georgia.

14.

Defendant is without sufficient knowledge to answer the allegations in Paragraph 14.

15.

The allegations in Paragraph 15 state a legal conclusion to which a response is not required. To the extent a response is required, Defendant denies the allegations.

16.

The allegations in Paragraph 16 state a legal conclusion to which a response is not required. To the extent a response is required, Defendant denies the allegations.

17.

Defendant admits the allegations in paragraph 17.

18.

The allegations in Paragraph 18 state a legal conclusion to which a response is not required.  To the extent a response is required, Defendant denies the allegations.

19.

The allegations in Paragraph 19 state a legal conclusion to which a response is not required.  To the extent a response is required, Defendant denies the allegations.

20.

The allegations in Paragraph 20 state a legal conclusion to which a response is not required.  To the extent a response is required, the allegations are denied.  By way of further response, Defendant states that federal question jurisdiction is proper in United States District Court in the Middle District of Georgia.

21.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 21.

22.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 22.

23.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 23.

24.

Defendant admits participation in the Vets to Victory Program, but otherwise denies the allegations of Paragraph 24.

25.

Defendant denies the allegations in Paragraph 25 of the Complaint.

26.

Defendant denies the allegations in Paragraph 26 of the Complaint.

27.

Defendant admits his enrollment at Yale Law School, but otherwise denies the

allegations of Paragraph 27.

28.

Defendant denies the allegations in Paragraph 28 of the Complaint.

29.

Defendant denies the allegations in Paragraph 29 of the Complaint.

30.

Defendant denies the allegations in Paragraph 30 of the Complaint.

31.

Defendant denies the allegations in Paragraph 31 of the Complaint.

32.

Defendant admits the broadcasted interviews speak for themselves, but denies all other the allegations in Paragraph 32 of the Complaint.

33.

Defendant denies the allegations in Paragraph 33 of the Complaint.

34.

The allegations in Paragraph 34 state a legal conclusion to which a response is not required.  By way of further response, Defendant states that the statute speaks for itself.

35.

The allegations in Paragraph 35 state a legal conclusion to which a response is not required.  By way of further response, Defendant states that the statute speaks for itself.

36.

The allegations in Paragraph 36 state a legal conclusion to which a response is not required.  By way of further response, Defendant states that the statute speaks for itself.

37.

The allegations in Paragraph 37 state a legal conclusion to which a response is not required.  By way of further response, Defendant states that the statute speaks for itself.

38.

Defendant admits the broadcasted interviews speak for themselves, but denies all the remaining allegations in Paragraph 38 of the Complaint.

39.

Defendant denies the allegations in Paragraph 39 of the Complaint.

40.

The allegations in Paragraph 40 state a legal conclusion to which a response is not required.  By way of further response, Defendant states that the statute speaks for itself.

41.

The allegations in Paragraph 41 state a legal conclusion to which a response is not required.  To the extent a response is required, Defendant denies the allegations.

42.

Defendant admits the allegations in Paragraph 42.

43.

The allegations in Paragraph 43 state a legal conclusion to which a response is not required. To the extent a response is required, Defendant denies the allegations.

44.

Defendant denies the allegations in Paragraph 44 of the Complaint.

45.

The allegations in Paragraph 45 state a legal conclusion to which a response is not required. By way of further response, Defendant states that the statute speaks for itself.

46.

Defendant denies the allegations in Paragraph 46 of the Complaint.

47.

The allegations in Paragraph 47 state a legal conclusion to which a response is not required. By way of further response, Defendant states that the statute speaks for itself.

48.

The allegations in Paragraph 48 state a legal conclusion to which a response is not required. By way of further response, Defendant states that the statute speaks for itself.

49.

Defendant denies the allegations in Paragraph 49 of the Complaint.

50.

Defendant admits the allegations in Paragraph 50 of the Complaint.

51.

Defendant admits the broadcasted interview speaks for itself, but denies all other allegations in Paragraph 51 of the Complaint.

14

52.

Defendant admits the broadcasted interview speaks for itself, but denies all other allegations in Paragraph 52 of the Complaint.

53.

Defendant denies the allegations in Paragraph 53 of the Complaint.

54.

Defendant denies the allegations in Paragraph 54 of the Complaint.

55.

Defendant admits the broadcasted interview speaks for itself, but denies the other allegations in Paragraph 55 of the Complaint.

56.

Defendant admits that donations were solicited generally on his website, but Defendant denies the remaining allegations in Paragraph 56 of the Complaint.

15

57.

Defendant admits that he did not file a Federal Election Commission campaign report for the period ending December 31, 2021, but Defendant denies all other allegations in Paragraph 57 of the Complaint.

58.

Defendant denies the allegations in Paragraph 58 of the Complaint.

59.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 59 of the Complaint.

60.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 60 of the Complaint.

61.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 61 of the Complaint.

16

62.

Defendant admits the online news story speaks for itself, but Defendant denies all other allegations in Paragraph 62 of the Complaint.

63.

Defendant admits the online news story speaks for itself, but Defendant denies all other allegations in Paragraph 63 of the Complaint.

64.

Defendant admits the online news story speaks for itself, but Defendant denies all other allegations in Paragraph 64 of the Complaint.

65.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 65 of the Complaint.

66.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 66 of the Complaint.

67.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 67 of the Complaint.

68.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 68 of the Complaint.

69.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 69 of the Complaint.

70.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 70 of the Complaint.

71.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 71 of the Complaint.

72.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 72 of the Complaint.

73.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 73 of the Complaint..

74.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 74 of the Complaint.

75.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 75 of the Complaint.

76.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 76 of the Complaint.

77.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 77 of the Complaint.

78.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 78 of the Complaint.

79.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 79 of the Complaint.

80.

Defendant admits his twitter account "tweets" speak for themselves, but Defendant denies all other allegations in Paragraph 80 of the Complaint.

81.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 81 of the Complaint.

82.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 82 of the Complaint.

83.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 83 of the Complaint.

84.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 84 of the Complaint.

85.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 85 of the Complaint.

86.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 86 of the Complaint.

87.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 87 of the Complaint.

88.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 88 of the Complaint.

89.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 89 of the Complaint.

90.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 90 of the Complaint.

91.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 91 of the Complaint.

92.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 92 of the Complaint.

93.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 93 of the Complaint.

94.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 94 of the Complaint.

95.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 95 of the Complaint.

96.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 96 of the Complaint.

97.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 97 of the Complaint.

98.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 98 of the Complaint.

99.

Defendant admits the allegations in Paragraph 99.

100.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 100 of the Complaint.

101.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 101 of the Complaint.

102.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 102 of the Complaint.

103.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 103 of the Complaint.

104.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 104 of the Complaint.

105.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 105 of the Complaint.

106.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 106 of the Complaint.

107.

Defendant admits that his campaign accounting records speak for themselves, and Defendant denies all other allegations in Paragraph 107 of the Complaint.

108.

Defendant denies that his appearances on Fox News are reportable campaign contributions and all other allegations contained in Paragraph 108 are denied.

109.

The allegations in Paragraph 109 state a legal conclusion to which a response is not required. To the extent a response is required, Defendant denies the allegations.

110.

The allegations in Paragraph 110 state a legal conclusion to which a response is not required.  To the extent a response is required, Defendant denies the allegations.

111.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 111 of the Complaint.

112.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 112 of the Complaint.

113.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 113 of the Complaint.

114.

Defendant denies the allegations in Paragraph 114.

115.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 115 of the Complaint.

116.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 116.

117.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 117.

118.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 118.

119.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 119.

120.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 120.

121.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 121.

122.

Defendant denies the allegations in Paragraph 122.

123.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 123.

124.

Defendant denies the allegations in Paragraph 124.

125.

Defendant admits that he is a Georgia native, but denies the remaining allegations in Paragraph 125.

126.

Defendant denies the allegations in Paragraph 126.

127.

Defendant admits the allegations in Paragraph 127.

128.

Defendant admits the allegations in Paragraph 128.

129.

Defendant admits the allegations in Paragraph 129.

130.

The allegations in Paragraph 130 state a legal conclusion to which a response is not required.

To the extent a response is required, Defendant denies the allegations.

131.

Defendant denies the allegations in Paragraph 131.

132.

Defendant lacks sufficient knowledge to admit or deny the allegations in

Paragraph 132

133.

Defendant denies the allegations in Paragraph 133.

134.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 134.

135.

Defendant admits the broadcasted interviews speak for themselves, but Defendant denies all other allegations in Paragraph 135 of the Complaint.

136.

Defendant admits that he was one of the top two vote-getting Republicans in the May 24 primary, but Defendant denies all other allegations in Paragraph 136.

137.

Defendant denies the allegations in Paragraph 137.

138.

Defendant denies the allegations in Paragraph 138.

139.

Defendant denies the allegations in Paragraph 139.

140.

Defendant denies the allegations in Paragraph 140.

141.

Paragraph 141 does not state a fact upon which Defendant is compelled to respond, but the extent a response is required, Defendant denies the allegations in Paragraph 141.

142.

Defendant denies the allegations in Paragraph 142.

143.

Defendant denies the allegations in Paragraph 143.

144.

Defendant denies the allegations in Paragraph 144.

145.

Defendant denies the allegations in Paragraph 145.

146.

Defendant denies the allegations in Paragraph 146.

147.

Defendant denies the allegations in Paragraph 147.

148.

Defendant denies the allegations in Paragraph 148.

149.

Defendant denies the allegations in Paragraph 149.

150.

Defendant denies the allegations in Paragraph 150.

151.

The allegations in Paragraph 151 state a legal conclusion to which a response is not required.  Defendant further states that the statute speaks for itself.

152.

Defendant denies the allegations in Paragraph 152.

153.

Defendant denies the allegations in Paragraph 153.

154.

Defendant denies the allegations in Paragraph 154.

155.

Defendant denies the allegations in Paragraph 155.

156.

Defendant denies the allegations in this paragraph and further denies that Plaintiffs are entitled to the relief sought or any other relief whatsoever.

WHEREFORE, this Defendant prays as follows:

(a)     That Plaintiff's Complaint be dismissed with prejudice;

(b)     That Defendant have a trial by jury of twelve on all issues;

(c)     That judgment be entered in favor of Defendants;

(d)     That all costs be taxed to Plaintiff;

(e)     That Defendant be awarded his attorney's fees and litigation expenses;

(f)     For such other and further relief as to the Court may seem just and proper.

This the 15th day of July, 2022.


*Jeremy Hunt*
_____
Jeremy Hunt
8344 Frank Houser Avenue
Unit 1613
Columbus, GA 31909

**PRO SE DEFENDANT**

37

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing **Answer and Defenses of Jeremy Hunt Individually and d/b/a Jeremy for Georgia** upon all parties in this case by depositing copies thereof in the United States Mail, postage prepaid, addressed to the following:

   M. Devlin Cooper, Esq.
   Kenneth E. Barton, III, Esq.
   Cooper, Barton, and Cooper LLP
   170 College Street
   Macon, GA 31201

This the 15th day of July, 2022.


       _Jeremy Hunt_
       Jeremy Hunt

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
MUSCOGEE COUNTY, GEORGIA

**General Civil and Domestic Relations Case Filing Information Form**

☑ **Superior** or ☐ **State Court of** _Muscogee_   **County**   **SU2022CV001403**

JUN 16, 2022 04:07 PM

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** 06-16-2022 | **Case Number** SU2022CV001403 |
| MM-DD-YYYY | |

*Danielle F. Forté*
Danielle F. Forté, Clerk
Muscogee County, Georgia

| **Plaintiff(s)** | **Defendant(s)** |
|---|---|
| Wayne Johnson for Congress, Inc. | Hunt, Jeremy C. |

| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|---|---|---|---|---|
| Johnson, Wayne | | | | | FOX News Network, LLC | | | | |

| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Kilmeade, Brian M. | | | | |

| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Plaintiff's Attorney** Cooper, M. Devlin   **Bar Number** 142447   **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
**Case Number**            **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____   **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.20

# SUPERIOR COURT OF MUSCOGEE COUNTY
## STATE OF GEORGIA

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
MUSCOGEE COUNTY, GEORGIA

**SU2022CV001403**

**JUN 16, 2022 04:07 PM**

*Danielle F. Forté*
Danielle F. Forté, Clerk
Muscogee County, Georgia

CIVIL ACTION NUMBER  SU2022CV001403

Wayne Johnson for Congress, Inc.
Johnson, Wayne

_____

**PLAINTIFF**

**VS.**

Hunt, Jeremy C., AKA d/b/a Jeremy for
Georgia
FOX News Network, LLC
Kilmeade, Brian M.

_____

**DEFENDANTS**

**SUMMONS**

TO: KILMEADE, BRIAN M.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**M. Devlin Cooper**
**COOPER, BARTON & COOPER, LLP**
**170 College Street**
**Macon, Georgia 31201**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 16th day of June, 2022.**

Clerk of Superior Court

_____
*Danielle F. Forté*
Danielle F. Forté, Clerk
Muscogee County, Georgia

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
MUSCOGEE COUNTY, GEORGIA

**SU2022CV001403**

**JUN 16, 2022 04:07 PM**

*Danielle F. Forté*
Danielle F. Forté, Clerk
Muscogee County, Georgia

# SUPERIOR COURT OF MUSCOGEE COUNTY
## STATE OF GEORGIA

CIVIL ACTION NUMBER  SU2022CV001403

Wayne Johnson for Congress, Inc.
Johnson, Wayne

_____
**PLAINTIFF**

**VS.**

Hunt, Jeremy C., AKA d/b/a Jeremy for
Georgia
FOX News Network, LLC
Kilmeade, Brian M.

_____
**DEFENDANTS**

**SUMMONS**

TO: FOX NEWS NETWORK, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the
Plaintiff's attorney, whose name and address is:

> **M. Devlin Cooper**
> **COOPER, BARTON & COOPER, LLP**
> **170 College Street**
> **Macon, Georgia 31201**

an answer to the complaint which is herewith served upon you, within 30 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.

**This 16th day of June, 2022.**

Clerk of Superior Court

_____
*Danielle F. Forté*
Danielle F. Forté, Clerk
Muscogee County, Georgia

# SUPERIOR COURT OF MUSCOGEE COUNTY
## STATE OF GEORGIA

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
MUSCOGEE COUNTY, GEORGIA

**SU2022CV001403**

**JUN 16, 2022 04:07 PM**

*Danielle F. Forté*
Danielle F. Forté, Clerk
Muscogee County, Georgia

CIVIL ACTION NUMBER  SU2022CV001403

Wayne Johnson for Congress, Inc.
Johnson, Wayne

_____

**PLAINTIFF**

**VS.**

Hunt, Jeremy C., AKA d/b/a Jeremy for
Georgia
FOX News Network, LLC
Kilmeade, Brian M.

_____

**DEFENDANTS**

### SUMMONS

TO: HUNT, JEREMY C.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **M. Devlin Cooper**
> **COOPER, BARTON & COOPER, LLP**
> **170 College Street**
> **Macon, Georgia 31201**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 16th day of June, 2022.**

Clerk of Superior Court


_____

Danielle F. Forté, Clerk
Muscogee County, Georgia

Civil Action No. _SU2022CV001403_

Date Filed _____

| | | |
|---|---|---|
| Superior Court | ☑ | Magistrate Court ☐ |
| State Court | ☐ | Probate Court ☐ |
| Juvenile Court | ☐ | |

**FILED IN OFFICE**
**CLERK SUPERIOR COURT**
**MUSCOGEE COUNTY, GEORGIA**

Georgia, _MUSCOGEE_ COUNTY

**SU2022CV001403**

JUL 07 2022 04:17 PM

_Libby, WS Johnson for_
_Congress, Inc_ _Danielle F. Forte, Clerk_
_Muscogee County, Georgia_

Plaintiff

**Attorney's Address**

Devin Cooper Esq
17D College St,
Macon GA

VS.

_Jeremy Hunt, DBA_
_Jeremy Hunt for GA, Et Al_

Defendant

**Name and Address of Party to be Served.**

Jeremy Hunt
8344 Frank Housel Ave
Columbus GA

_____

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☑ I have this day served the defendant _Jeremy Hunt_ personally with a copy of the within action and summons.

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

**NOTORIOUS**

☐ Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**

☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _5th_ day of _July_, 20 _22_.

3:34 pm

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____



NASSAU COUNTY SHERIFF'S DEPARTMENT
ENFORCEMENT DIVISION – CENTRAL OFFICE UNIT
240 OLD COUNTRY ROAD, MINEOLA, NY 11501
TELEPHONE (516) 571-2130



EFILED IN OFFICE
CLERK OF SUPERIOR COURT
MUSCOGEE COUNTY, GEORGIA

**SU2022CV001403**

11:15 AM

Danielle F. Forté, Clerk
Muscogee County, Georgia

## CERTIFICATE OF SERVICE

**SUPERIOR COURT OF MUSCOGEE COUNTY STATE OF GEORGIA**

INDEX NO: _____ SU2022CV001403

RETURN DATE: _____

JUDGE/HEARING EXAMINER: _____

ORDER #: _____  ISSUED: __6/16/2022__

STATE OF NEW YORK,

**SS: BRIAN M. KILMEADE**

COUNTY OF NASSAU

SHERIFF #:  2250197

I, __T. AYLWARD__, DEPUTY SHERIFF OF THE COUNTY OF NASSAU, HEREBY CERTIFY THAT ON THE __28__ DAY OF __JUNE__, __2022__ AT __15:28__ HOURS AT __176 CEDAR SHORE DRIVE MASSAPEQUA, NY 11758__, I SERVED THE ANNEXED __SUMMONS AND COMPLAINT__ ON THE - __DEFENDANT__ NAMED IN THE FOLLOWING MANNER:

**ALTERNATE PERSON & MAIL:** BY DELIVERING TO AND LEAVING WITH __DAWN KILMEADE__, A PERSON OF SUITABLE AGE AND DISCRETION, A TRUE COPY THEREOF, AT A PLACE KNOWN TO BE THE __DWELLING__ OF THE PERSON REQUIRED TO BE SERVED, AND BY MAILING A COPY TO __176 CEDAR SHORE DRIVE MASSAPEQUA, NY 11758__ THE LAST KNOWN RESIDENCE.

DESCRIPTION:

| SEX: | SKIN COLOR: | HAIR COLOR: | AGE: | HEIGHT: | WEIGHT: |
|------|-------------|-------------|------|---------|---------|
| FEMALE | WHITE | BROWN | 36-50 YRS | 5'4' - 5'8" | 131 -160 LBS |

DATE: 6/28/2022 @ 3:28 PM - 176 CEDAR SHORE DRIVE MASSAPEQUA, NY 11758
ATTEMPTED BY: T. AYLWARD
SERVICE TYPE: SUBSTITUTE & REGULAR MAIL
NOTES:

DATED: 6/28/2022

_____
~~DEPUTY~~ SHERIFF T. AYLWARD  # 147

*Sworn before me this 28th day of June, 2022.*

MICHAEL A. GOROPEUSCHEK
Notary Public - State of New York
No. 01GO6089108 - Nassau County
Commission Expires 17 March 2023



**SHERIFF'S CERTIFICATE OF SERVICE ON CORPORATION PARTNERSHIP OR GOVERMENTAL SUBDIVISION**

✦ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
MUSCOGEE COUNTY, GEORGIA
**SU2022CV001403**

**JUL 25, 2022 09:12 AM**

*Danielle F. Forté*
Danielle F. Forté, Clerk
Muscogee County, Georgia

**Docket #** SU2022CV001403
**Sheriff's Case #** 22019706

**SUPERIOR COURT OF MUSCOGEE COUNTY**
**STATE OF GEORGIA**
-------------------------------------------------------x
**WAYNE JOHNSON FOR CONGRESS, INC.**
**JOHNSON, WAYNE**
PLAINTIFF

VS.

**HUNT, ET AL**
DEFENDANTS
-------------------------------------------------------x
**STATE OF NEW YORK}**
**COUNTY OF NEW YORK} SS:**

I, **QIN ZHANG**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certify that: I am not a party to this action or proceeding and over 18 years of age. I further certify that on **7/7/2022**, at approximately **9:59 AM** at **28 LIBERTY STREET 42TH FLOOR NEW YORK, NY 10005** in the borough of **NEW YORK**, County of **NEW YORK**, I served the annexed: **SUMMONS, COMPLAINT FOR DAMAGES & EXHIBITS** upon **FOX NEWS NETWORK, LLC** in the following manner:

[X] **PERSONAL SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION**

By delivering to and leaving with, **KARTIK PANDYA**, a true copy thereof. Said person stated he was the **INTAKE SPECIALIST FOR CT CORPORATION SYSTEM** an agent authorized to accept service of legal process for **FOX NEWS NETWORK, LLC**.

[X] **DESCRIPTION:**

Skin Complexion: **MEDIUM**     Sex: **MALE**          Approx. Age: **35**          Height: **5'8"**
Weight: **170lbs.**                    Hair Color: **BLACK**

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

                                                    **SHERIFF OF THE CITY OF NEW YORK**
                                                    **ANTHONY MIRANDA**

Dated: 7/8/2022

                                        BY: _____
                                                    **QIN ZHANG**
                                                    **DEPUTY SHERIFF**
                                                    **SHIELD # 482**