IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| Wayne Johnson for Congress, Inc. and Wayne Johnson, <br><br> *Plaintiffs*, <br><br> v. <br><br> Jeremy C. Hunt, individually and d/b/a Jeremy for Georgia, Fox News Network, LLC, and Brian M. Kilmeade, <br><br> *Defendants*. | CIVIL ACTION NO. <br> 4:22-cv-118 (CDL) |

## ORDER STAYING INITIAL DEADLINES

This matter is before the Court on Plaintiffs Wayne Johnson for Congress, Inc., and Wayne Johnson's and Defendants Fox News Network, LLC, Brian M. Kilmeade, and Jeremy C. Hunt's Consent Motion to Stay Initial Deadlines. The Consent Motion requests a stay of the holding of the Rule 26(f) Conference and filing of the Joint Preliminary Report and Discovery Plan until the Court has ruled on Defendants Fox News and Brian Kilmeade's pending motion to dismiss, [Doc. 4.]

The Court, having considered the Motion, and being duly advised in the premises, hereby now GRANTS the Motion.

IT IS THEREFORE ORDERED that Parties shall hold the Rule 26(f) Conference within 14 days after this Court rules on the pending motion to dismiss and shall file the Joint Preliminary Report and Discovery Plan within 14 days after the Rule 26(f) Conference.

SO ORDERED, this 12th day of August, 2022.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE
