IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| WAYNE JOHNSON FOR CONGRESS, INC. and WAYNE JOHNSON, | * | |
| | * | |
| Plaintiffs, | | Case No. 4:22-CV-118 (CDL) |
| v. | * | |
| JEREMY C. HUNT, individually and d/b/a Jeremy for Georgia, FOX NEWS NETWORK, LLC and BRIAN M. KILMEADE, | * | |
| | * | |
| Defendants. | | |

## J U D G M E N T

Pursuant to this Court's Order dated February 3, 2023, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 3rd day of February, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk